# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## 9TH CIRCUIT RETURN

298

Date Received **3-13-02**
Time Received **8:20 A.M.**

**Routed to Santa Ana District Court** _____
**Routed to Riverside District Court** _____
**Routed to Laguna Niguel District Court** _____

Case File Number: **00CR-226 LGB**

Title Case Name: **U.S.A.** V.S. **Robinet**

Volume Number: _____ and _____

Volume Number: **1** Thru **6 only**

Transcripts (number received) **1-14 only**

Other Court Documents: **NONE**

Case File underseal _____ Yes ✓ No / Case file restricted __ Yes ✓ No

Exhibits Received: (Number of boxes) **NONE**

Other Exhibits: **16 envelopes of undersul documents**

Sealed documents received ✓ Yes ___ No / Sealed documents routed to Exhibits ✓ Yes ___ No

Case File routed to Refile area ✓ Yes ___ No / Transcripts routed to Refile area ✓ Yes ___ No

Case File routed to Bar-code area ___ Yes __ No / Transcripts routed to Bar-code area __ Yes __ No

Case File routed to Archives area __ Yes ___ No / Transcripts routed to Archives area __ Yes __ No

Case File routed to B-47 area ___ Yes ___ No / Transcripts routed to B-47 area ___ Yes ___ No

Attorney General documents returned to State of California ___ Yes ✓ No / Date returned _____

Note: Case file and / or documents received without a transmittal.

Received by: _____ Kevin Tang _____ Records Section