# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
MAY - 2 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge __Snyder__

From: __Geneva Hunt__, Deputy Clerk    Date Received: __4-23-07__

Case No.: __CR-00-226-CAS__    Case Title: __USA v. Timmons__

Document Entitled: __Motion, Order and Motion to Vacate Void Judgment and Sentence.__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1    No copy provided for judge
☐ Local Rule 19-1      Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1      Proposed amended pleading not under separate cover
☐ Local Rule 11-6      Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1     No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1       Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2      Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
☐ Local Rule 16-6      Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)      No proof of service attached to document(s)
☒ Other: __Case is on appeal__

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date                      U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

__5/2/07__    __Christina A. Snyder__
Date          U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (12/03)    NOTICE OF DOCUMENT DISCREPANCIES

GPO    U.S. GOVERNMENT PRINTING OFFICE: 2006-572-754/59178

Name: Marcus Christopher Timmons [17845-112]
Address: P.O. Box 800
         741-925 Herlong Access Road A-25
         Herlong, California [96113]

United States District Court
For the Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. |
| ) | CR 00-226-LGB |
| Respondent. ) | Petition in the Nature of Motion To |
| ) | Vacate Void Judgment & Sentence As |
| v. ) | Contemplated at FRCP 60(b)(4) And |
| ) | FRCrP 12(b). Affidavit In Support. |
| Marcus Christopher Timmons, ) | Date: _____ |
| ) | Time: _____ |
| Petitioner. ) | Dept: _____ |

Comes now, Marcus Christopher Timmons, sui juris, hereinafter, "Petitioner," by special appearance only, not by general appearance, a sovereign man, domiciled in the California Republic, hereby brings this petition in the Nature of Motion To Vacate Void Judgment & Sentence As Contemplated at FRCP 60(b)(4) And FRCrP 12(b) for relief demanded as herein more fully appears.

### 1. Relief Demanded

(A) Petitioner respectfull demands that the court issue its order disqualifying Lourdes G. Baird from participating in cause No. CR 00-226-LGB as Lourdes G. Baird is named in a complaint for judicial misconduct. See attached complaint filed with the Judicial council for the Ninth Circuit, establishing a conflict of interest. See Exhibit "A."

(B) The Petitioner respectfully demands that the court issue its order to vacate the judgment and sentence entered August 25, 2000, under cause no. CR 00-226-LGB without jurisdiction of the Parties and without jurisdiction of the Subject Matter, as herein more fully appears.

(C) The Petitioner respectfully demands that this court issue an injunctive order directing any party acting under the color of the order entered August 25, 2000, who is



Page 1 of 22

Marcus Christopher Timmons [17845-112]
Federal Correctional Institution
P.O. Box 800
741-925 Herlong Access Road A-25
Herlong, California [96113]

### UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. |
|     Respondent, ) | CR 00-226-LGB |
| ) | |
| v. ) | [PROPOSED] ORDER TO VACATE VOID |
| ) | JUDGMENT AND SENTENCE. |
| Marcus Christopher Timmons, ) | |
|     Petitioner. ) | |

IT IS HEREBY ORDERED on this _____ day of _____, 2007, for good cause having been shown, void judgment and sentence no. CR 00-226-LGB be vacated and expunged from the record, and Petitioner, Marcus Christopher Timmons  , be discharged immediately from the custody of the Bureau of Prisons, currently detained at: 741-925 Herlong Access Road A-25, Herlong, California, 96113.

Dated this _____ day of _____, 2007.

_____
United States District Judge



RECEIVED AND RETURNED
CLERK U.S. DISTRICT COURT
MAY 17 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



RECEIVED
BUT NOT FILED
APR 2 3 2007
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY _____ DEPUTY

Marcus Christopher Timmons [17845-112]
Federal Correctional Institution
P.O. Box 800
741-925 Herlong Access Road A-25
Herlong, California [96113]

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. |
| ) | CR 00-226-LGB |
| Respondent, ) | NOTE FOR MOTION DOCKET - [Petition In |
| ) | the Nature of Motion to Vacate Void |
| v. ) | Judgment & Sentence As Contemplated |
| ) | at FRCP 60(b)(4) And FRCrP 12(b). |
| Marcus Christopher Timmons, ) | Affidavit in Support.] |
| ) | |
| Petitioner. ) | CALENDAR CLERK'S ACTION REQUIRED. |
| ) | Date:_____ |
| ) | Time:_____ Dept._____ |

TO THE CLERK of United States District Court For the Central District of California :

Please take notice that the Petitioner will bring for hearing the following petition/motion for:

"Petition In the Nature of Motion to Vacate Void Judgment & Sentence As Contemplated at FRCP 60(b)(4) And FRCrP 12(b). Affidavit In Support."

Petitioner request that the Petitioner's Petition/Motion be docketed for the first available hearing date upon receipt.

Oral arguments are not requested and appearance is waived.

Please notify all relevant parties once date, time and place of hearing are set.

Done this ___3rd___ day of ___April___, 2007.

___/s/ Marcus Christopher Timmons___, Sui Juris, Without Prejudice
Marcus Christopher Timmons

For Clerks use:
Assigned to Dept.:_____ Date:_____ Time:_____

RECEIVED
BUT NOT FILED

APR 2 3 2007

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

RECEIVED AND RETURNED
CLERK U.S. DISTRICT COURT

MAY -7 2007

CENTRAL DISTRICT OF CALIFORNIA
BY____ DEPUTY