Marcus Christopher Timmons, Propria Persona
[17845-112]
741-925 Herlong Access Road A-25
P.O. Box 800
Herlong, California [96113]

```
                                     FILED
                            CLERK, U.S. DISTRICT COURT

                               JUL 1 3 2007

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                      DEPUTY
```

United States District Court
For the Central District of California

UNITED STATES OF AMERICA,      )   Case No. **07-4566** *CAS*
                               )   CR 00-226-LGB
        Respondent,            )   PETITION IN THE NATURE OF MOTION TO VACATE
                               )   VOID JUDGMENT & SENTENCE AS CONTEMPLATED
        v.                     )   AT FRCP 60(b)(4),FRCrP 12(b) AND FRCP 15
                               )   (c)(3). JUDICIAL NOTICE DEMANDED PER FRCP
Marcus Christopher Timmons,    )   R. EVID. 201(d)(MANDATORY), R. 901 AND R.
                               )   44. AFFIDAVIT IN SUPPORT.
        Petitioner.            )   DATE:_____
                               )   TIME:_____ DEPT:_____

    Comes now, Marcus Christopher Timmons, "Third Party Intervenor," sui juris,

hereinafter, "Petitioner," with no legal relationship to, "MARCUS CHRISTOPHER

TIMMONS," by special appearance only, not by general appearance, a soveriegn

man, domiciled in the California Republic, hereby brings this petition in the

nature of motion to vacate void judgment & sentence as contemplated at FRCP 60

(b)(4),FRCrP 12(b) and FRCP 15(c)(3).

    Petitioner demands that this court take judicial notice of Petitioner's

Notice of Declaration of Status of Marcus Christopher Timmons, filed nunc pro

tunc March 15, 2007, file no. 200703150750, with the Pierce County, Washington,

county recorder's office, pursuant to FRCP R. Evid., rule 201(d)(Mandatory) and

rule 901. See exhibit "A."

    Petitioner also demands that this court take judicial notice of the Peti-

tioner's notice of Mission statement: By Apostille, recorded nunc pro tunc, Feb-

ruary 1, 2007, file no. 350653, with the Secretary of State of California pursuant

to FRCP, rule 44, Proof of Official Record. See Exhibit "A."

**1. Relief Demanded**

(A) Petitioner respectfully demands that the court issue its nunc pro tunc order

```
          RECEIVED
         BUT NOT FILED

         JUN 22 0

     CLERK, U.S. DISTRICT COURT
   CENTRAL DISTRICT OF CALIFORNIA
         WESTERN DIVISION
   BY                    DEPUTY
```

Page 1

to vacate the judgment and sentence entered August 25, 2000, under cause no.
CR 00-226-LGB, without jurisdiction of Petitioner and without jurisdiction
of the subject matter; the Petitioner is actually and factually innocent of violating an
acts of Congress and there is no evidence of a legal relationship with "MARCUS CHRISTOPHER TIMMONS."
(B) Petitioner respectfully demands that this court issue an injunctive order
directing any party acting under the color of the non-sealed order entered
August 25, 2000, who is currently imprisoning the Petitioner, to release the
Petitioner from imprisonment without delay.
(C) Petitioner respectfully demands that the court issue its Writ of Corum
Nobis to review the record of cause no. CR 00-226-LGB to evidence that there
was/is no evidence in the record of a contract signed by the Petitioner
knowingly, willingly and intentionally showing that the Petitioner is an agent
for "MARCUS CHRISTOPHER TIMMONS" named as a party in cause no. CR 00-226-LGB.

## 2. History

1. Alejandro N. Mayorkas purported to be a U.S. Attorney and Cheryl O' Connor
   Murphy, purported to be an Assistant U.S. Attorney, initiated a sham legal
   process in the U.S. District Court Central District of California, by
   causing an instrument purported to be an indictment to be filed 03/07/00.

2. The record of the District Court evidences that Magistrate Judge Willard W.
   McEwen Jr., proceeded with the arraignment proceedings without first requiring
   the U.S. Attorney and Assistant U.S. Attorney to submit any evidence to the
   record to prove any element of jurisdiction or to prove that Magistrate Judge
   Willard W. Ewen Jr. had any constitutional or delegated authority by an Act
   of Congress to preside over any Article III Criminal proceeding.

3. The record of the District court evidences that the U.S. Attorney and Assis-
   tant U.S. Attorney, at no time during the proceedings under cause no. CR-
   00-226-LGB, were required to submit evidence on the record to prove that

Page 2 of 22

the District Court had jurisdiction of the Petitioner or the subject matter with regard to cause no. CR 00-226-LGB, and/or that jurisdiction of subject matter was not destroyed due to violation of due process, violations of the Republic Constitution of California and the laws of the United States.

4. The record of the District Court evidences that the judgment and commitment order was entered in cause no. CR 00-226-LGB, without any admissible evidence in the record to prove any element of jurisdiction. See exhibit "B."

5. The record of this   Court evidences that the U.S. Attorney and the Assistant U.S. Attorney proceeded with an instrument purported to be an indictment, filed on February 7, 2000, that alleged no facts, only legal conclusions with no evidence of a signed contract between Petitioner and "MARCUS CHRISTOPHER TIMMONS."

### 3.(Facts) Cognizance

1. Petitioner is being falsely imprisoned at: 741-925 Herlong Access Road A-25, Herlong, California [96113], by Kuma J. Deboo, by force of arms, with the threat of death if any attempt to leave is exercised.

2. Kuma J. Deboo is executing  void judgement and commitment order no. CR 00-226, fraudulently issued by Lourdes G. Baird, without a seal. See exhibit "B," a true, correct copy of the original.

3. Kuma J. Deboo, along with agents known and unknown, have assaulted Petitioner, randomlly, touching Petitioner's body against his will, forcing Petitioner to strip out of his clothes. These acts of assault and battery have been taking place since about April 14, 2006.

4. Informal agents executing void judgment and commitment no. CR 00-226-LGB have kidnapped Petitioner from Metropolitan Detention Center, 535 N. Alameda Street, Los Angeles, California [90012], sometime in May 2000, transporting Petitioner to California City, Then from California City, to San Bernadino. Sometime in October 2000, Petitioner was kidnapped and falsely imprisoned to Lompoc,

Page 3 of 22

California [93436], to be illegally imprisoned roughly eighteen months. From Lompoc, Petitioner was kidnapped and transported across state lines to: 27072 Ballston Road, Sheridan, Oregon [94568], falsely imprisoned until April 12, 2006. From Sheridan, Oregon, Petitioner was kidnapped and once again transported across state lines, on or about April 12, 2006, to 741-925 Herlong Access road A-25, Herlong, California [96113]

5.   This petition concerns the private rights of the Petitioner, who is a California national with no legal relationship to "MARCUS CHRISTOPHER TIMMONS." The following state and federal agents have all been notified of Petitioner's status and have not rebutted the Petitioner's affidavit's in exhibit "A,": George W. Bush [President of the United States]; Condoleezza Rice [Secretary of State]; Alberto R. Gonzales [Attorney General]; Harley G. Lappin [Director of BOP]; Arnold Schwarzenegger [Governor of California]; Debra Bowen [Secretary of State of California]; Edmund G. Brown[Attorney General of California]; Debra Wong Yang [U.S. Attorney]; Henry M. Paulson [U.S. Treasury Secretary] and Michael J. Astrue [Social Security Administer].

6.   Kuma J. Deboo, along with informal agents, known and unknown, have violated and continue to violate the 4th, 5th, 6th, 7th, 8th, 9th, and 10th, amendments of 'Bill of Rights,' by and through their overt acts of violence and fraud, causing the Petitioner great bodily harm, loss of posterity, loss of wages earned, but not limited to.

### 4. No Waiver of Subject Matter Jurisdiction Claims

United States v. Cotton, 535 U.S. 625, 630, 200 Lexis 3565 (2002)(the term "jurisdiction" means the court's statutory or constitutional power to adjudicate the case. This concept of subject-matter jurisdiction, because it involves a court's power to hear a case, can **never be forfeited or waived.** Consequently, defects in subject matter jurisdiction require correction regardless of whether the error was raised in district court); United States v. Peter, 310 F.3d 709-712

(11th Cir. 2002)(jurisdictional error has historically been recognized as fundamental, and for which collateral relief has accordingly been available. FRCP 60(b)(4) has long been available to attack judgments and orders entered by a court without jurisdiction. Since jurisdictional error implicates a court's power to adjudicate the matter before it, such error can never be waived by parties to litigation. **The doctrine of procedural default does not apply.**)

Where issues arise as to jurisdiction or venue, discovery under the federal rules of civil procedure (rules 26-27) is available to ascertain the facts bearing on such issues. Oppenheimer Fund, Inc. v. Sanders, 437 U.S. 340-351, 57 L.Ed.2d 253, 98 S.Ct. 2380 (1978).

Lack of Article III jurisdiction cannot be waived and cannot be conferred upon a federal district court by consent, by action or by stipulation. California v. LaRue, 400 U.S. 109, 112, 34 L.Ed. 342, 93 S.Ct. 390 (1972). **The validity of an order** on sentencing of a federal district court depends upon that court having **jurisdiction** over both the subject matter and the defendant. Stoll v. Gottlieb, 305 U.S. 171-172, 83 L.Ed. 104, 59 S.Ct. 134 (1938).

### 5. Violation Of Judges Oath Of Office

When a judge does not fully comply with the constitution, then his orders are void, In re Sawyer, 124 U.S. 200 (1888), he is without jurisdiction, and he has engated in an act or acts of treason. "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it." Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958).

Lourdes G. Baird acted in "clear absence of all jurisdiction" in cause no. CR 00-226-LGB, the United States of America could not be an injured party to any Criminal action in an Article III, "Constitutional Court," see Thomas S. Williams vs. United States, 77 L.Ed. 1372-1385.

"When a judge knows that he lacks jurisdiction or acts in the face of

Page 5 of 22

clearly valid statutes expressly depriving him of jurisdiction, judi-
cial immunity is lost." Rankin v. Howard, (1980) 633 F.2d 844, cert. den.
Zeller v. Rankin, 101 S.Ct. 2020, 451 U.S. 939, 68 L.Ed 2d 326. "A judge must
be acting within his jurisdiction as to subject matter and person, to be en-
titled to immunity from civil action for his acts." Davis v. Burris, 51 Ariz.
220, 75 P.2d 689 (1938). "When a judicial officer acts entirely without com-
pliance with jurisdiction requisites he may be held civilly liable for abuse
of process even though his acts involved a decision made in good faith, that
he had jurisdiction." Little v. U.S. Fidelity & Guaranty Co., 217 Miss. 576,
64 So.2d 697.

    "No judicial process, whatever form it may assume, can have any lawful
authority outside the limits of the jurisdiction of the court or judge by whom
it is issued; and an attempt to enforce it beyond these boundaries is nothing
less than lawless violence." Ableman v. Booth, 21 Howard 506 (1859). "We (judges)
have no more right to decline the exercise of jurisdiction which is given, than
to usurp that which is not given. The one or the other would be treason to the
Constitution. " Cohen v. Virginia, (1821), 6 Wheat, 264 and U.S. v. Will, 449
U.S. 200.

### 6. Notice Of Necessity

    Petitioner serves this Notice of Necessity to bring this motion to vacate as
a matter of right at common law, as the Petitioner has no statutory remedy based
on the following facts.

### Statement of facts relevant to Notice Of Necessity

1.  The Congressional record evidences that Public Law 80-772 upon which title
18 of the United States Code, Section(s) 3231, 924(c), 2113, etc., are based and
Public Law 80-773, upon which title 28 of the United States Code, section(s)

2255, 2241, etc., are based, were never lawfully enacted into positive law or passed by the Congress of the United States as required by the constitution for the united states of America. See Exhibit "C."

2.  Petitioner is entitled to have judicial notice taken on the facts and law of Public Law 80-772 and Public Law 80-773 and to have a **directed verdict** declaring those statutes based on those Public Laws unconstitutional, pursuant to Federal Rules of Evidence, Rule 201 and 901.

### Arguments And Points Of Authority

The report of the House Committee on the Judiciary, 80th Congress, First Session, 1947, states: This section [3231] was formed by combining sections 546 and 547 of Title 18 U.S.C. 1940 ed. with section 588 of Title 12, U.S.C.; Banks and Banking, with no change of substance." See H.R. Rep. No. 304, 80th Congress, First Session, 100 app. (1947).

Thus, the original proposed House revision of the new 18 U.S.C. § 3231 was introduced in 1947 as part of the faulty H.R. 3190, supra. The bill, which likewise died sin die in 1947 with the death of H.R. 3190, was amended in the Senate of the Second Session of the 80th Congress without being reintroduced in the House (See supra, Public Law 80-772) to read as it now exists. See S.Rep. 1620, 80th Congress, 2nd Session 2430 (1948). The Senate version, as it presently exists, established the exclusivity of district court jurisdiction over all federal courts.

However, as the passage of 18 U.S.C § 3231 is directly dependent on the validity of H.R. 3190 and Public law 80-772, it is likewise Constitutionally invalid, is supported with no valid enactment clause, and is null and void ab initio.

A different bill passed the House, then passed the Senate for Public Law 80-772, in violation of the Presentation Clause, Article I, Section 7, of the Con-

Page 7 of 22

stitution. Public Law 80-772 is a nullity, not law. The engrossed bill  (1947) was altered from the enrolled bill to make it appear that H.R. 3190 passed both Houses of Congress in 1948, instead of in 1947 and 1948, rendering the bill signed into law a fraud and forgery and invalid.

Congressional Records of the 2nd Session of the 80th Congress, also shows that between the dates of June 20th, 1948 and July 26th, 1948, that Congress was not assembled, yet enactments in Title 3, 18, and 28 were alleged to be enacted by Congress assembled on June 25th, 1948 . It is not possible that law enacted by Congress assembled on June 25th, 1948 are laws at all, due to the fact that Congress was convened on June 20th, 1948, and did not reconvene until Monday, July 26th, 1948.

Furthermore, none of these so-called laws enacted are recorded in the Federal Register, the Parallel Table of Authorities and Rules, neither are they conferred in the CFR's. The codes, in order to be considered an act of Congress, should on their face bear the Congressional enacting clause for that law required by 61 Statutes at Large 633, 634, § 101. In § 102, Congress established the "resolving clause" style that is to be used on all joint resolutions. Without the Congressional enacting clause with the particular law as required by 61 Statutes at Large 633, 634 § 101, the court has no subject matter · jurisdiction pursuant to the Federal judicial power defined in Article III, Section 2 of the Constitution and  Lourdes G. Baird     , along with the U.S. Attorney and the AUSA Attorney acted in complete absence of all subject matter jurisdiction in cause no. CR 00 -226-LGB.

Since Congress was not assembled, nor were they in session on June 25th, 1948, and all so-called positive laws in Title 18, and 28, are promulgated from the 80th Congress, they are in fact not law at all, they are merely a reference system in the United States Code, nothing more, nothing less. Whether Congress has

Page 8 of 22

enacted a title into positive law is irrelevant, as it does not change it into law of the United States. It was stated in one Federal Court that, "Congress's failure to enact a title into positive law has only evidentiary significance." Ryan v. Bilby, 764 F.2d 1325, 1328 (1985).

Jurisdictional error implicates a court's power to adjudicate the matter before it, and such error can never be waived by parties to litigation.

Although Title 18, the majority of which is not published in the Federal Register, may have force and effect on officers, employees, and officials of the United States, the United States of America, territorial and insular possessions of the United States, it    has absolutely no legal effect on the Petitioner, as a neutral, non-resident alien to the United States. If a duly enacted statute is not published in the Federal Register, it indicates the statute has limited application, i.e. within the Federal areas only, or to officers, agents, or employees of the federal agencies acting in their official capacity.

The Senate and House of Representatives of the United States were in fact not in Congress Assembled, on June 25th, 1948 to enact anything. Rather the Congressional records clearly show in volume 94, Part7, which covers pages 8229 to 9352 of the Second Session of the 80th Congress, beginning with June 15th, 1948 to June 19th, 1948, that Congress had closed its business and executed conditional adjournment till December 31st, 1948, on June 20th, 1948 for the year, see volume 94, part 7, page 9169, bottom right column.

Members of the 2nd Session of the 80th Congress were subsequently called back to Session by President Truman, on July 15th, 1948, and was not scheduled to reconvene until December 31st, 1948. However, for some unrevealed reason, "extraordinary occasion," president Truman had Congress reconvene some thirty-

six (36) days after Congress had adjourned for the year on June 20th, 1948.

Article I, Section V, Clause IV, "United States constitution,":

"Neither House, during the Session of Congress, shall without the con-
sent of the other, adjourn for more than three (3) days, nor to any
other place than that which the two Houses shall be sitting," anything
less is unconstitutional.

Congress did not, has not, and Constitutionally could not enact any law

when Congress was not assembled. So in fact, Titles 3, 18, and 28 have no

Constitutional nexus of their existence given the fact that Congress was not

assembled. Essentially what the courts have been doing and are doing is pre-

suming legal fictions into existence. See 16 AmJur 2d Sec. 256:

"Offenses against the United States were not cognizable in courts un-
less made so by an Act of Congress." United States v. Shepard, (1875,
CC VA) F. Case No. 16274. United States v. Lewis, (188, DC Or) 13 Sawy
532, 36 F. 449.

The Supreme Court, in its 1984 ruling in Allen v. Wright, 485 U.S. 737,

750, 82 L.Ed.2d 556, 104 S.Ct. 3325, states:

"The federal courts are under independent obligation to examine their
own jurisdiction, and standing is perhaps the most important of the
jurisdictional doctrines."

Penal laws are construed strictly, because legislations, not courts, define

crimes and establish punishments. Yates v. United States, 354 U.S. 298, 304, 775

S.Ct. 1064, 1 L.Ed.2d 1356 (1957), overruled on other grounds, Burks v. United

States, 437 U.S. 1, 98 S.Ct. 2141, 57 L.Ed.2d 1 (1978). Article I, Section 5,

Clause 4 of the Constitution requires that "Neither House, during the Session

of Congress, shall without the consent of the other, adjourn for more than three

days, nor to any other place than that in which the two Houses shall be sitting."

Article I, Section 7, Clause 2, requires every bill to have passed both Houses

of Congress and be presented to the President before it can become law. Thus, a

bill must pass both houses of Congress to be valid. Article I, Section 7, Clause

2, U.S. Constitution; Field v. Clark, 143 U.S. 649, 36 L.Ed. 294, 12 S.Ct. 495 (1892); National Bank of Oregon v. Insurance Agents, 508 U.S. 439, 455, 124 L.Ed.2d 402, 418 n. 7, 113 S.Ct. 2173 (1993).

   Section 2255 began as a bill proposed by the committee on habeas procedure of the Judicial Conference of the United States. See Report of the Judicial Conference of Senior Circuit Judges, September Session, 1943, p. 25 (referring to the bill as statute "A"). The Judicial Conference recommended the bill's adoption at the September 1943 session and subsequently reaffirmed that recommendation during its September session of 1944 and 1945. See id. at 22; Report of the Judicial Conference of Senior Circuit Judges, September Session, 1945, p. 18. The bill was submitted to the House of Representatives as H.R. 4233 on October 1, 1945 and the Senate as S. 1451 on October 3, 1945, during the First Session of the 79th Congress. See 91 Cong.Re. 9210 (1945) (H.R. 4233); 91 Cong. Rec. 9295 (1945)(S. 1451).

   During the First Session of the 79th Congress, neither chamber acted on the bill. It was reintroduced in the House during the Second Session as H.R. 6723, but no action was taken on it then and, therefore it died. See 92 Cong.Rec. 6617 (1946).

   [Note] The fact that the bill was re-introduced in the Second Session of the 79th Congress as a new bill with a different number is an aknowledgement by Congress that when a bill dies sine die in the first session of Congress, it must be reintroduced as new legislation by that House.

   During the 80th Congress, the bill was re-introduced in the Senate as S.20. See 94 Cong.Rec. 7709-10 (1948). The Senate passed S.20, but it died when the House took no action on it. See Bredan W. Randall, Comment, United States v. Cooper, The Writ of Error Coram Nobis and the Morgan Footnote Paradox 74 Minn. L.Rev. 1063, 1106 n. 71 (1990) (citing the Congressional Record).

   Meanwhile, Congress was moving forward with a comprehensive revision of

Title 28, the Judicial Code, including the habeas chapter. That revision was embodied in H.R. 3214. H.R. 3214 was introduced in the House of Representatives on April 25, 1947, in the First Session of the 80th Congress. 93 Cong. Record 8297 (1947). It passed the House on July 7, 1947 and was engrossed in the 1947 Session of the 80th Congress. The Senate did not take up the bill prior to the July 27, 1947 (conditional) intersession adjournment, in accordance with S. Con. Res. 33. 93 Cong.Rec. 10439, 10522 (July 26, 1947). That adjournment was in effect, a sine die adjournment. Kennedy v. Sampson, 511 F.2d 430, 444, Appendix, N.4. The sine die adjournment was further confirmed because the President pocket vetoed 19 bills presented to him after the adjournment of July 27, 1947, which can only be done when the adjournment of Congress sine die prevents the return of the bills to Congress. (The Pocket Veto Case, 279 US 655, 680-685 (1929)). Upon the President Truman's proclamation, Congress reconvened on November 17, 1947, and the First Session of the 80th Congress adjournment sine die on December 19, 1947, without the Senate passing H.R. 3214.

H.R. 3214, which died twice upon the sine die adjournment of Congress in 1947, was not reintroduced in the House again at anytime in 1948 during the Second Session of the 80th Congress, 94 Cong.Re. (1948), but mysteriously, near the end of the Second Session of the 80th Congress, on JUne 9, 1948, H.R. 3214. The dead bill from the First Session, surface with amendments in the Senate as if it had never died with the sine die adjournment in 1947 or as if it was passed once again by the House in 1948. (S.Rept. 1559). 94 Cong.Rec. 7500 (1948). The bill was amended and passed the Senate on June 12, 1948. 94 Cong.Rec. 7927-7930 (1948). A Petition to reconsider was entered on June 12, 1948. 94 Cong.Rec. 8297 (1948). The House then concurred in the Senate amendments on June 16, 1948, but did not vote on the amended bill. 94 Cong.Rec. 8540, 8714 (1948). The bill was

Page 12 of 22

then presented to the President and signed into law on June 15th, 1948 as
Public Law 80-773, when Congress was not in fact in session.

In accordance with H.Con.Res. 218, the Second Session of the 80th Congress
(conditionally) adjourned on June 20, 1948, sine die, with H.R. 3214 still to
be signed into law after adjournment by H.Con.Res. 219. Kennedy v. Sampson,
511 F.2d at 444, Appendix, n.5; 94 Cong.Rec. 9349 (June 19, 1948).

It was only after this (conditional) final adjournment of the Second Ses-
sion of the 80th Congress, and as authorized by H.Con.Res. 219, that the Speaker
of the House the President pro tempore of the Senate presented Public Law 80-
773 to President Truman for his signature (Omitted in the Record).

At the time H.R. 3214 was signed into law the 80th Congress was not in
open session, but it was fully (but conditionally) adjourned sine die.

The face of the engrossed bill as signed by the 80th Congress show that the
engrossed bill was passed and signed in the 80th Congress, 1947 session, by the
House of Representatives on July 7, 1947. However, the enrolled bill (which
showed a date of enrolled in 1947 in the First Session of the 80th Congress)
to make it appear that it passed both houses in 1948 in the Second Session of
Congress, thus rendering it a fraud and forgery. Public Law 80-773 was never
enacted into positive law, is unconstitutional on its face, and is null and
void ab initio.

Public Law 80-773 is further unconstitutional because it has has no valid
enactment clause. 1 U.S.C. § 101 (1947), the enactment clause statute, requires:
"The enacting clause of all Acts of Congress shall be in the following form"
'Be it enacted by the Senate and House of Representatives of the United States
of America in Congress assembled.'" Since Public Law 80-773 was not enacted by
both houses in Congress assembled, it has no valid enactment clause and is un-

Page 13 of 22

constitutional on its face.

Another problem with the Constitutionality of Public Law 80-773 relates to the engrossing and enrolling of the bills.  1 U.S.C. § 106, requires that every engrossed bill shall be signed by the Clerk of the House of the Secretary of the Senate and shall be sent to the other house in that form. See U.S.C. § 106. See also Congress A to Z, CQ's Ready Reference Encyclopedia, Congressional Quarterly, Inc. 1414 22nd Street NW. Washington, DC 20037, page 127, 128: "Enrolled bill" The final copy of a bill that has been passed in identical form by both the Senate and House of Representatives is known as an engrossed bill. It is certified by the Secretary of the Senate or clerk of the House, depending on where the bill originated, and then sent on for the signatures of the House Speaker, the Senate president pro tempore, and the president of the United States. An enrolled bill is printed on parchment-type paper. The engrossed bill for HR 3214 in 1947 was altered when it surfaced as the enrolled bill in 1948 to make it "appear" to have passed both houses of Congress in 1948. Therefore, it is a fraud and forgery and invalid.

Since Public Law 80-773, the underlying statute, is unconstitutional on its face, Title 28 of the United States Code, sections 2255, 2241, et seq., (1948) whose validity as law is directly intertwined and dependent on the "passage" of Public Law 80-773, are likewise unconstitutional on their face, void ab initio as a matter of law.

> [Noted] 28 U.S.C. § 2255 (June 25, 1948, ch. 646, 62 Stat. 967; May 24, 1949, ch. 139, § 114, 63 Stat. 105; Public Law 104-132, title I, § 105, Apr. 24, 1996, 110 Stat. 1220.);(28 U.S.C. § 2241 (June 25, 1948, ch. 646, 62 Stat. 964; May 24, 1949, ch. 139, § 112, 63 Stat. 105; Public law 89-590, Sept. 19, 1966, 80 Stat. 811.)

Congress had adjourned for 113 days on July 27, 1947 and again for 13 days on December 19, 1947, in violation of Article I, Section 5, Clause 4, of the

Constitution, H.R. 3214, rendering the bill H.R. 3214 invalid and unconstitutional after the adjournments.

### 7. Grounds For Relief

The court shall determine that the Petitioner is entitled to the relief sought in section 1 based on the following grounds.

### Ground I.

The court shall determine that the Petitioner is entitled to the relief demanded in section 1, issuing an order nunc pro tunc vacating the judgment and sentence entered August 25, 2000, without jurisdiction of the Petitioner and without jurisdiction of the subject matter based on the following facts:

### Statement Of Facts Relevant To Ground I.

1.    There is no evidence in the record of this court that the Petitioner has a legal relationship or a signed contract acting as a surety for "MARCUS CHRISTOPHER TIMMONS."

2.    There is no evidence in the record of this court that the Petitioner violated an act of Congress.

3.    There is no evidence in the record of this court that any of the codes cited in the indictment were acts of Congress that created a legal relationshp between Petitioner and "MARCUS CHRISTOPHER TIMMONS."

4.    THere is no evidence in the record of this court that the U.S. Attorney's office and/or the Department of Justice presently represented by Alberto R. Gonzales, at any time provided or produced a signed agreement and/or contract by Petitioner to be a trustee, fiduciary, surety, pledge, or any other type or form of guarantor for "MARCUS CHRISTOPHER TIMMONS."

5.    There is evidence in the record of this court that the herein referenced state and federal agents and/or principals did not rebut, refute or deny that the Petitioner at no time had a signed contract and/or legal relationship with "MARCUS CHRISTOPHER TIMMONS." See exhibit "A."

6.    There is evidence in the record of this court that the state and federal agents and/or principals did not deny, rebut or refute that the Petitioner was not indicted pursuant to an act of Congress. See exhibit "A."

### Argument And Points Of Authority In Support Of Ground I.

The Federal Rules of Civil Procedure, Rule 15 (c)(3) applies in civil and criminal actions with equal force and effect, because criminal is always civil in nature.   No criminal action can arise lest there be a contract. See Eads v. Marks, 249 P 2nd 257, 260. There is always a presumption that a contract exists and that the responding party is a corporation.

A presumption is a rule of law, statutory or judicial, by which finding of a basic fact gives rise to the existence of presumed fact, until presumption is rebutted. See Van Wart v. Cook, 557 P 2nd 1161, 1163. In commercial law of all the states, a presumption means that the trier (judge) of fact must find the existence of a fact presumed. Thus, the Petitioner's affidavit's evidenced as exhibit "A" are submitted pursuant to FRCP, rule 15(c)(3) for the purpose of rebutting any presumption that there is a legal relationship between Petitioner and "MARCUS CHRISTOPHER TIMMONS." See Hale vs. Hendel, 201 U.S. 43, "A corporation is a creature of the state. It receives special privileges and franchises and holds them subject to the laws of the state and the limitations of its character. It's powers are limited by law."

The record of the court evidences no evidence that a signed contract by the Petitioner creating a legal relationship with "MARCUS CHRISTOPHER TIMMONS," was at any time introduced into the record of this court. Thus, the Petitioner could not have appeared and/or plead. See West Union Tel. Co. v. Eyser, 2 Colo 141; Greenwood v. Railroad Co., 123 Mass 32; Foster v. White Cloud, 32 Mo. 505; Hobich v. Folger Freight Line, 54 Iowa 490.

## Memorandum of Void Judgments:

1.  Prior to addressing the jurisdictional defects it is essential that the Respondent(s) as well as the court understand the issue of Void Judgments.

2.  "If federal court is without jurisdiction of offense, judgment of conviction is void on its face." Bauman v. United States, (1946, CA5 La) 156 F.ed 534; "Any act by court after jurisdiction has been destroyed are considered void." Okasanan v. United States, (1966, CA 8 ND) 362 F.2d 74; "A void judgment which includes judgment entered by a court which lacked jurisdiction over parties or subject matter, or backed by inherent power to enter the particular judgment, or an order procured by fraud, can be attacked anytime, in any court, either directly or collaterally, provided the party is properly before the court." Long v. Shorebank Development Corp., 182 F. 3d 548 (CA7 Ill. 1999); "Judgment is void judgment if court that rendered judgment lacked jurisdiction of the subject matter, or of the parties, or acted in a manner inconsistent with due process." FRCrP 60(b)(4); 28 U.S.C.A.; U.S.C.A. Const. Amend 5- Kulgu v. United States, 620 F.Supp. 892 (D.S.C. 1985); "A void judgment is a simulated judgment devoid of any potency because of jurisdictional defects only, in court rendering it and a defect in jurisdiction may relate to a party or parties, the subject matter, the cause of action, the question to be determined or relief to be granted." Davidson Cheverolet Inc. v. City and County of Denver, 330 P.2d 1116. cert den., 79 S.Ct. 609, 359 U.S. 962m 3 L.Ed.2d. 629 (Colo. 1958); "A "void" judgment as we all know, grounds no right, forms no defense to actions taken thereunder, and is vulnerable to any manner of collateral attack (thus hereby). No statute of limitations or repose runs on its holdings, the matters thought to be settled they are not res judicata, and years later, when the memories may have grown dim and rights long been regarded vested any disgruntled litigants may reopen the old wound and once more probe its depths. And it is though trial and ad-

**judication had never been."** <u>Fritts v. Knugh</u>, Supreme Court of Michigan 92 N.W.2d 354 Mich 97; "A judgment, in order to serve as a basis for an action must be valid since a void judgment is in legal effect not a judgment at all and can confer no rights. An action may not be based on a judgment that is void for lack of jurisdiction, since such judgments is a nullity." See: <u>Justak v. Bochnowski</u>, 181 Ind. App. 439, 391 N.E.2d 872 (Third District 1979); <u>Milwaukee County v. M.E. White Co.</u>, 296 U.S. 268, 56 S.Ct. 229, 80 L.Ed. 220 (1935); <u>People v. Dillon</u>, 655 P.2d 841 (Colorado  1982).

3.    The courts have held that it is not necessary to take any steps to have a void judgment reversed or vacated. Such judgment is open to attack or impeachment in any proceeding direct or collateral, and at any time. See <u>Holder v. Scott</u>, 396 S.W.2d 906 (Texas Civil App. Texarkana 1965), writ refused n.r.e. (may 11, 1966).

4.    "Void judgment is one which has no legal force or effect whatever, it is an absolute nullity, its invalidity may be asserted by any person whose rights are affected at any time and at any place and it need not be attacked directly but may be attacked collaterally whenever and wherever it is interposed." <u>Lufkin v. McVicker</u>, 510 S.W.2d 141 (Tex.Civ. App. -Beaumont 1973).

5.    "Void order which is one entered by court which lacks jurisdiction over parties or subject matter, or lacks inherent power to enter judgment, or order procured by fraud, can be attacked at any time, in any court, either directly or collaterally, provided that party is properly before the court." <u>People ex rel. Brzica v. Village of Lake Barrington</u>, 644 N.E.2d 66 (Ill.App 2 Dist. 1994). "Judgments entered where court lacked either subject matter or personal jurisdiction, or were otherwise entered in violation of due process of law, must be set aside." <u>Jaffe and Asher v. Van Brunt</u>, S.D.N.Y. 1994 F.R.D.C. 278.

**8. Summary**

The record of the trial court evidences that the Plaintiff in cause no. CR 00-226-LGB based their jurisdiction strictly on unenacted evidence of the law, 18 U.S.C. § 3231 and an assumed legal relationship, signed contract between the Petitioner and "MARCUS CHRISTOPHER TIMMONS." An alleged violation of the United States code, is merely prima facie evidence of the statement of the law and is not a crime against an Act passed by Congress. **"Jurisdictional defects cannot be waived or procedurally defaulted and that a defendant not show cause or prejudice to justify his failure to raise one." Howard v. United States, 371 F.3d 1068 (11th Circuit 2004).**

Thus the Petitioner has shown that a § 2255 is an "inadequate or ineffective remedy" and that no time bar provision applies. No certification by a panel of the court appeals is required or need be sought procedurally when there is a clear lack of subject matter jurisdiction being raised. The Petitioner is actually and factually innocent of committing an Art. 3 crime against the united states of America, by way of violating an Act passed by Congress assembled.

Titles 18 and 28 of the United States Code were never properly enacted by Congress assembled and are thus not acts of Congress which compel specific performance. See Marshal Field Co. v. Clark, 36 L.Ed. 294, 143 US 649, (1892), (in part):

"Although the Constitution does not expressly require bills that have passed Congress to be attested by the signature of the presiding officers of the two houses, usage, the orderly conduct of legislative proceedings, and the rules under which the two bodies have acted since the organization of the government, require that mode of authentication.
The signing by the Speaker of the House of Representatives, and the by then President of the Senate, in open session, of an enrolled bill, is an official attestation by the two houses of such bill as one that has passed Congress."

Titles 18 and 28, are at best, private municipal codes with limited application.

Found in Fisher v. Armaraneni, 565 So.2d 84 (Ala. 1990), the judgment was set aside for lack of personal jurisdiction based on improper service by publication. The court defined a judgment as **void** "only if the court rendering it lacked jurisdiction of the subject matter or the parties, or if it acted in a

Page 19 of 22

manner inconsistent with due process." Id. at 86 (citing Wonder v. Southbound Records, Inc.,364 So.2d 1173 (Ala. 1978)). It should be noted here that a Rule 60(b)(4) motion involves a different standard of review than the other Rule 60(b) subsections since the court held "[w]hen the grant or denial turns on the validity of the judgment, discretion  has no place for operation. If the judgment is **void** it must be set aside..." Fisher, 565 So.2d at 87.

Although Rule 60(b)(4) is ostensibly subject to the "reasonable" time limit of Rule 60(b), at least one court has held that no time limit applies to a motion under the Rule 60(b)(4) because a **void** judgment can never acquire validity through laches. See Crosby v. Bradstreet Co., 312 F.2d 483 (2nd Cir.) cert. denied, 373 U.S. 911, 83 S.Ct. 1300, 10 L.ed.2d 412 (1963) where the court vacated a judgment as **void** 30 years after entry. See also Marquette Corp. v. Priester, 234 F.Supp 799 (E.D.S.C. 1964) where the court expressly held that clause Rule 60(b)(4) carries no real time limit.

There is no time limit for attacking a **void** judgment under N.D.R.Civ.P. 60(b)(iv). Eggl v. Fleetguard, Inc., 1998 ND 166, 583 N.W.2d 812.

In a long and venerable line of cases, the Supreme Court has held that, without proper jurisdiction, a court cannot proceed at all, but can only note the jurisdictional defect and dismiss the suit. See, e.g., Capron v. Van Noorden, 2 Cranch 126; Arizonans for Official English v. Arizona, 520 U.S. 43. Bell v. Hood, supra; National Railroad Passenger Corp. v. National Assn. of Railroad Passengers, 414 U.S. 453, 465, n. 13; Norton v. Mathews, 427 U.S. 524, 531; Secretary of Navy v. Avrech, 418 U.S. 676, 678 (per curaim); United States v. Augenblick, 393 U.S. 348; Philbrook v. Glodgett, 421 U.S. 707, 721; and Chandler v. Judicial Council of Tenth Circuit,  398 U.S. 74, 86-88, distinguished. For a court to pronounce upon a law's meaning or constitutionality when it has

no jurisdiction to do so is, by very definition, an ultra vires act. Pp. 8-17.

### 9. Conclusion

Petitioner is entitled to have this motion treated as presented pursuant to Supreme Court precedent. Castro v. United States, 540 US 375 (2003). Petitioner is also entitled to have rulings and findings of fact and law made on all his claims pursuant to F.R.Civ.P. 52(a) and F.R.Civ.P.

Any use of the words "frivolous" in any response by the AUSA, US Attorney or presiding judicial officer(s) shall mean "correct, truthful." Those who want to identify anything the Petitioner says as incorrect must specify exactly what is incorrect in affidavit form with legally admissible evidence in support.

Petitioner presents this motion in affidavit form, supported by facts, which must be taken as true. See Kohlberg v. Lehlback, 160 U.S. 293, 16 S.Ct. 304, 40 L.Ed. 432 (1895)(facts dully alleged are deemed true unless denied or controverted by evidence); 3 AmJur2d, Affidavits, § 20 ("The courts MUST accept an affidavit as true if it is uncontroverted by a counter-affidavit or evidence").

Based on Petitioner's motion, affirmed facts, and the record of the court, should grant the relief requested in section 1. The counsel for Respondent has ten (10) days to respond to Petitioner's motion. Failure to do so will be an acquiesence to the facts stated herein, admitting that the Petitioner should be entitled to the full relief stated herein.

Done on this 3rd day of April, 2007.

Respectfully submitted,

_____, Without Prejudice, Sui Juris
Marcus Christopher Timmons

### 10. Affidavit In  Verification

State of California  )
                     )  **Affidavit Of Marcus Christopher Timmons**
County of Lassen     )

I, Marcus Christopher Timmons , hereby declares under penalty of perjury under the laws of the united states of America, specifically the laws of the state of California, that the following statement is true, and correct to the best of the Affiant's personal knowledge, understanding and belief.

The Affiant affirms that:

1.   The Affiant is of the age of majority, of sound mind and competent to testify.

2.   The Affiant affirms that all facts stated in the foregoing Petition in the Nature of Motion To Vacate Void Judgment & Sentence As Contemplated at FRCP 60(b)(4) And FRCrP 12(b). Affidavit In Support, are true, correct and to the best of the Affiant's personal knowledge, understanding and belief.

3.   The Affiant has nothing further to state at this time.

Done this _3 rd_ day of April, 2007.



_____          Sui Juris, Without Prejudice
Marcus Christopher Timmons           Affiant


SUBSCRIBED and AFFIRMED before Me, A Notary Public residing in Lassen County, the State of California, Marcus Christopher Timmons, (Affiant) appeared, known to Me and identified himself and did execute the foregoing Affidavit in Verification as a free act and deed affixing his signature hereto, the _Apr 3_ , day of April, 2007.

_Shandra S. Anderson_
Notary Public

My Commission expires: _Nov 4, 2009_____

Seal

SHANDRA S. ANDERSON
Commission # 1618907
Notary Public - California
Lassen County
My Comm. Expires Nov 4, 2009

Exhibit "A"
Mission Statement: By Apostille File No. 350653
Secretary of State For California
CONSTRUCTIVE LEGAL NOTICE - Notice of Declaration of Status Of
Marcus Christopher, Timmons
Recorded In Pierce County, Washington, County Recorder's Office
File No. 200703150750, March 15, 2007

Date: _February 27th, 2007_

Name: (Demandant)
Address: (Current location of false imprisonment)
741-925 Herlong Access Road A-25
Herlong, California [96113]

Re: Notice of Misprison of Felony, 18 U.S.C. § 4; Request for
Assistance in Procurring release from false imprisonment; Notice
of Apostille.

Name: (Respondent)
Address:

Dear_____,

    I am sending you this Notice to apprise you,_____
_____, hereinafter, "Respondent," that_____
_____, hereinafter, "Demandant," is being falsely
imprisoned in violation of treaties that have been formally adopted
by the United States and are, therefore, pursuant to the united
states Constitution, "the Supreme law of the land."
    Demandant, as a "diplomatic agent" and/or "Ambassador" and
"Public Minister of Justice," in itinere,   to  the receiving
state, as a member of the diplomatic staff of the Order of Mel-
chizedek, has the diplomatic rank of a diplomatic agent, and is
entitled to the same privileges and immunities in the United States
as the United States accords to diplomat envoys who are accredited
to it. See Article 1(d) and Article 29 of the Vienna Convention.
Such diplomatic immunity is also described in more detail in the
Vienna Convention on Diplomatic Relations (the "Vienna Convention"),
23 U.S.T. 3227, T.I.A.S. 7502, 500 U.N.T.S. 95, the constitution
for the united states of America and the constitution for the Re-
public of California. See also a copy of Demandant's attached Mis-
sion Statement: by Apostille. Demandant is not a United States
citizen.
    The United States Government is legally bound to ensure that
the Demandant's privileges and immunities are respected by its
states and municipalities, see General diplomatic immunity statute,
22 U.S.C. § 252.
    Therefore, Demandant hereby notices Respondent of this Mis-
prison of Felony in hopes of maintaining friendly diplomatic rela-
tions, procurring his immediate release from the above referenced
location where he is currently being restrained under the color of
authority.
    Demandant has no contract which compels his unlawful, illegal
restraint and has formally rescinded, revoked or otherwise, done
away with any presumed contracts, receiving no benefits therefrom.
    Demandant currently has a Tort Action in the United States
District Court for the Eastern district Court of California, case
no. 2:05-cv-01970-MCE-DAD, in which he is seeking immediate release.

    Sincerely,

    _Maria Christoph Jun_____ Sui Juris, Without Prejudice

Space for recording purposes only:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Kingdom of Yahshua the Christ          .
                                       . ss: Declaration of Mission Statement
on the soil of  Lassen      county,    .     of "self governing" People under
                                       .     the absolute Laws' of the Ever
California                             .     Living Father Yahweh.
                                       .
The United States of America

//

KNOW ALL MEN BY THESE PRESENTS, GREETINGS:

//

### Preamble

(Convention de la Haye du 5 october 1961)

(Vienna Convention 18 April 1961)

(The Ordinance for the Territory North and West of
the River Ohio 1 Stat. 51, 52, July 13, 1787)

Under the authority of Declaration, for The Trust written and recorded in the Book of the Hebrew's at Chapter 9, verses 15 through 21 and at Chapter 8, verses 7 through 13, the following Article establishes the undersigned Trustee's, Marcus Christopher Timmons's rights, duties, and obligations with respect to the corpus of said Trust and the Trustee's legal right of Estate thereof, the effects of which secures the undersigned's legal right of parentage, the Trustor's Dominium, droit droit - jura in re, and gives rise for the need of documentation for the "diplomatic agent" herein more accurately described as "Ambassador," and "public Minister of Justice," in itinere, for the receiving State, the "United States as defined at 16 Stat.L.419, February 21, 1871, and 104 Stat. 4933, November 29, 1990, Section 3611, Title XXXVI Public Law 101-647, codified at 28 U.S.C. Section 3002(15).

The above Treaties and Treaty definitions listed are applicable in establishing the purpose and intent of "verification of chain of authenticity" and is warranted via Abolishing the Requirement of legalization for Foreign Public Document codified at 28 U.S.C., F.R.CV.P., Rule 44, Proof of Official Record and by competent authority in the United States of America according

Mission Statement: by Apostille      Page one

to the Treaty first mentioned above, for issuing the Certificate (Apostille) referred of in Article 3, "the convention" for evidentiary purposes, to wit:

## Article 1

Trustee-Declarant is a "member of the mission" duly established by Law, and "head of the mission" is Yahshua the Christ, of the Order of Melchizadek, by right of blood, birth, and descent on North America's soil aforesaid and of the lineage of the Adamic seedline through Seth, Noah, Shem, Abraham, Issac, Jacob (Israel) whose missions "size" is approximately one hundred forty four thousand (144,000) exclusive of members of the staff, private servants, and other family members as written and recorded in the Book of Revelation at Chapter 7, verses 4 through 8, who keep the Commandments and have the Testimony, Revelation 12:17 and 14:12.

## Article 11

The "domicile" of said diplomatic agent is original and exclusively Trustor's Estate, as evidenced in Exodus 19;5, legal title vested in the Trustee (named above), but not individually, in life tenure as faithful ambassador and stewardship provided by the express "Will" of the Trustor, neither of which have taken up or intended a foreign residence thereto, and WHom expressly deny any claim of citizenship, allegiance, or nation-ality, emanating by or for the receiving "State," due to a conflict of law and via explicit reservation of rights according to the terms of the treaty second above mentioned. But See: "Quasi-domicile."

## Article 111

The fundamental tenents of the Mission Statement, being deeply held spiritual training and conviction and knowing that under Laws' of Nature of the Ever Living Father, the Words, are: Keeping inviolate the ten (10) commandment Law now condensed into two (2), namely: (a) Love Yahweh with all thy heart, body, mind, and soul, being translated means: pignus servitus, hereditas, and dominium; and (b) Love thy neighbor as thyself, for Agrappa worketh no ill for Trustor's neighbors; there being only one (1) Mediator between yahweh and mammon, that is Yahshua the Christ and the absolute Law-giver, Whom has entrusted the undersigned through baptism and repentance the Office of "Ambassador" by which Ambassage attaches hereby as expressed in the Book of II Corinthians, Chapter 5, verse 20 duly recognized in the receiving "State" in the case of United States v. Seeger (1965), 380 U.S. 163, identifying Trustee as a neutral "opposed to war in any form."

## Article IV

Trustee, for commercial purposes, is neither a citizen nor subject of the receiving "State," duly recognized in the cases of Rabang v. I.N.S. (CA9 1994), 35 F.3d 1449 @ n4, of United States v. Wong Kim Ark, 169 U.S. 649, 18 S.Ct. 456, 483, 42 L.Ed. 890 (1898), cf. Udny g. Udny, L.R. 1H.L., Section 457, and is "non-resident alien" of the receiving "State."

Mission Statement: by Apostille        Page two

Trustee-Declarant has revoked any/all elections for being treated as a citizen or subject of the receiving "States," and is neither a joint venturer, nor co-surety with the citizens or nationals of the receiving "State."

Trustee-Declarant is not a "legal entity" and is non-assumpsit the definitions of "person" via "jus gentium privatum" by the operation of law and accepts no culpability by, for, or on behalf of any legal entity phonetically sounding the same as "Trustee's lawful given name at birth duly recognized by the receiving "State," in the case of Pease v. Pease, 35 Conn. 131 on account of misnomer, addition, or fatal variance such as an "idem sonans," via explicit reservation.

Further, Trustee-Declarant accepts the duty of non-intervention into the political or internal affairs of the receiving "State," in Trustee's capacity as a living, breathing sentient moral being, whose primary reasonable duty and service is, for that of the Trustee's Sovereign without hesitation, nor mental reservation. See: International Organization Immunities Act 9 December 1945.

## Article V

Trustee's duty and service is not discretionary, but mandatory, as established in the Book of Mathew , Chapter 6, verse 9 through 18, punishment for which any violation thereof is far more severe than any punishment, including death, that mammon could or would inflict upon or against the diplomatic agent, staff member, or immediate family members by fortiori.

Trustee's rights, duties, and obligations under the aforesaid Trust are imprescriptible; the term "imprescriptibility" having full force and effect herein due to the post head of the mission being vacant in accordance of Yahshua's express "Will" and settlement at Golgotha, Common Era, thirty three and one half (33½) years; Surety being settled by blood and Water Redemption.

## Article VI

Trustee and Declarant avers and alleges, in good faith the instrument herein "limits" accession of the aforesaid Treaties and attached protocols in particular the compulsory settlement of disputes done at Vienna 18 April 1961, at Article 36 pertaining to wit: (1) the interpretation of a Treaty; (2) any question of international law: (3) the existence of any fact or extent of the reparation being made for the breach of an international obligation; and (4) the nature or extent of the reparation being made for the breach of an international obligation; but recognizing that Trustee-Declarant acknowledges the vacancy of representation as the Court of International Justice, 14 September 1929 without prejudice for more favorable treatment as to any class of diplomatic mission represented thereby.

Stipulation for accession of the first Treaty mention above, TIAS 10072; 33 U.S.T. 883, 527 U.N.T.S. 189 by Trustee-Declarant "party" or

Mission Statement: by Apostille        Page three

"Sending State" is signified by the Vienna Convention on the Law of Treaties, U.N.DOC. A/CONF. 39/27 (1969) 63 A.J.I.L. 875 (1969) at Article 2, para's 1(a)(b) and (g), and Article II, as a Sovereign Ecclesiastical "State" with full political existence independent of other "States" under the Convention on Right and Duties of States, 49 Stat. 3097, T.S. 881, 165 L.N.T.S. 19, 3 Bevans 145, done at Montevido Uruguay, December 26, 1934, at Article 2 and 3, to wit:

"The federal state shall constitute a sole person in the eyes of international law."

"The political existence of the state is independent of recognition by other states. Even before recognition the state has the right to defend its integrity and independence, to provide for its conservation and prosperity, and consequently to organize itself as it sees fit, to legislate upon its own interests, administer its services, and define the jurisdiction and competence of its courts."

Article VII

Identification of Trustee-Declarant, Marcus Christopher Timmons is as follows:

Photograph:



Height: 5'-11"          Weight: 250 pounds          Race: Black

Eyes: Brown             Gender: Male                Hair: Black

Mission Statement: by Apostille          Page four

Article IIX

By virtue of the indwelling of the Holy Spirit, Trustee-Declarant does hereby enter upon the Office of trustee, Ambassador, and public Minister of Justice, in itinere for the United States, so certify the aforesaid Preamble and related Articles being materially true, correct, and complete, and further, that Trustee-Declarant Will faithfully perform the functions of said diplomatic mission under the terms and conditions of Trustor's Will, so help Me Yahweh, So be it!

/s/ _Y H W H_____
Trustee-Beneficiary

(In absentia)


IN FAITHFUL WITNESS WHEREOF, Trustee-Declarant So authorizes and attests the foregoing in witness whereof His Lawful given baptismal Appellation is given below, on the _sixth_ day of _December_ Common Era in the year of Our Sovereign , two thousand.

Legatee: Minister Plenipotentiary:

L.S. _____
Trustee, but not individually
2913 Denise Court
West Sacramento, California [95691]

In the Book of II Corinthians, Chapter 13, verse 1:

"in the mouth of two or three witnesses shall every word be established."

_____Alan Gomez_   _6_    _December_   _2006_
Witnesses signature         Day:   Month:        Year:

_____Jesse Rios___   _06_   _December_   _2006_
Witnesses signature         Day:   Month:        Year:

*****************************************************

Mission Statement: by Apostille.      Page five



# State of California

## SECRETARY OF STATE

# *APOSTILLE*

### (Convention de La Haye du 5 octobre 1961)

1. *Country:  United States of America*
   *This public document*

2. *has been signed by K. RENNER*

3. *acting in the capacity of Notary Public, State of California*

4. *bears the seal/stamp of K. RENNER, Notary Public,*
   *State of California*

### *CERTIFIED*

5. *At Sacramento, California*

6. *the 1st day of February 2007*

7. *by Deputy Secretary of State, State of California*

8. *No. 350653*

9. *Seal/Stamp:*



10. *Signature*



*Secretary of State*

?-24 A (REV. 1-07)                BY                                    OSP 06 99602

L.S. 
Trustee, but not individually
c/o 2913 Denise Court
West Sacramento, California [95691]

SUBSCRIBED and AFFIRMED before Me, A Notary Public residing in
Lassen county, The State of California. The above Signatory (Trustee)
appeared, known by Me and identified himself, and affixed His Signature
hereto, the _3rd_ day of _January_ , 200_7_.

_Keith Renner_
Notary Public signature

My commission expires: _11/4/09_

Seal

K. RENNER
COMM. # 1618911
NOTARY PUBLIC • CALIFORNIA
COUNTY OF LASSEN
Commission Exp. Nov. 4, 2009

_sui juris, without prejudice_

Statement:                    Page six

Affidavit

State of California )
                    ) Affidavit of Marcus Christopher Timmons
County of Lassen    )

   I, Marcus Christopher Timmons, hereinafter referred to as
Affiant, hereby affirms under penalty of perjury under the laws
of the united states of America, specifically the laws of the
California Republic, that the following statement is true, and
correct to the best of Affiant's personal knowledge, understanding
and belief.

   The Affiant affirms that:

   1.  The Affiant is of the age of majority, of sound mind
and competent to testify.

   2.  The Affiant affirms that he is in fact the "custodian
of the original" Mission Statement: by Apostille by which
this Affidavit is attached.

   3.  Affiant has nothing further to state at this time.

   Done this ___6___ day of February, 2007.

L.S. _____, Sui Juris, Without Prejudice
     Marcus Christopher Timmons


   SUBSCRIBED and AFFIRMED before Me, A Notary Public residing
in Lassen county, the state of California, Marcus Christopher
Timmons (Affiant) appeared, known to Me and identified himself
and did execute the foregoing Affidavit in Verification as a free
act and deed affixing his signature hereto, the___6___ day of
February, 2007.

_____
Notary Public

My Commission expires: _Nov 4, 2009_____

Seal

SHANDRA S. ANDERSON
Commission # 1618907
Notary Public - California
Lassen County
My Comm. Expires Nov 4, 2009


sui juris, without prejudice

## CERTIFICATE OF SERVICE

I, _Vicente Ocadio_, sui juris, hereby certify that I have made service of the foregoing: Notice of Felony, 18 U.S.C. § 4; Request for Assistance in Procurring release from false imprisonment; Notice of Apostille.; upon the parties:

George W. Bush
[President of the United States]
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC [20500]
Certified No.
_7005 0390 0003 1521 6893_

Condoleezza Rice
[Secretary of State]
Department of State
Harry S. Truman Building, 7th Fl.
2201 C Street, N.W.
Washington, DC [20520]
Certified No.
_7005 0390 0003 1521 6787_

Alberto R. Gonzales
[U.S. Attorney General]
U.S. Department of Justice
Robert F. Kennedy Building,
Room 5111
950 Pennsylvania Avenue, N.W.
Washington, DC [20530-0001]
Certified No.
_7005 0390 0003 1521 6909_

Arnold Schwarzengger
[Governor of the State of California]
State Capital Building
Sacramento, California [95814]
Certified No.
_7002 2410 0004 2379 5570_

Debra Bowen
[Secretary of State of California]
1500 11th Street, 2nd Floor
Sacramento, Cailfornia [95814]
Certified No.
_7005 0390 0003 1521 7746_

Jerry Brown
[Attorney General of California]
1300 "I" Street
Sacramento, California [95814]
Certified No.
_7005 0390 0003 1521 7791_

Harley G. Lappin [Director]
Federal Bureau of Prisons
Central Office
Home Owners Loan Corporation Building
320 First Street, N.W.
Washington, DC [20534]
Certified No.
_7005 0390 0003 1521 6923_

by depositing in the united states mail at 741-925 Herlong Access Road A-25, Herlong, California [96113], enclosed in an envelope with postage prepaid; on this _27th_ day of _February_, 2007, a true, correct, and complete copy thereof; I am over the age of twenty-one (21) years and not a party to the above referenced action.

_____, Sui Juris, Without Prejudice

Print Name: _Vicente Ocadio_
Address: _741-925 Herlong Access Road A-25_
         _Herlong, California [96113]_

Date: _April 11th, 2007_

Certified Mail No.:_____

Name: Marcus Christopher Timmons [17845-112]
c/o Federal Correctional Institution
    P.O. Box 800
    741-925 Herlong Access Road
    Herlong, California [96113]

### -CONSTRUCTIVE LEGAL NOTICE-

To:

TO WHOM IT MAY CONCERN:
The purpose of this LETTER and the attached AFFIDAVITS incorpor-
ated herein is to give you, your office and your Principles con-
structive LEGAL NOTICE of my election to:

1) REVOKE all powers of attorney granted unknowingly to various
   agencies of the government;
2) EXPATRIATE from the jurisdiction of the federal United States,
   reclaim my sovereign (state) citizenship, RESERVE ALL MY UN-
   ALIENABLE RIGHTS by virtue of the Declaration of Independence
   (1776), the Constitution for the united states, the Bill of
   Rights (1791), and 200 years of positive American law;
3) REPUDIATE any presumed obligation to pay a fraudulent and
   unlawful federal debt on an undeclared federal and state
   bankruptcy;
4) REVOKE ANY and ALL CONTRACTS entered into with agencies of
   the government unknowingly and unintentionally waiving rights
   for privileges, REVOKE my signature or authorization on ANY
   and ALL contracts, documents or things in the possession,
   custody and/or control, of either AGENT or PRINCIPLE.

This is LEGAL NOTICE to all elected, appointed or employed of-
ficials, including police officers, agents or representatives
of the city, county, state and/or federal government, including
corporations and attorneys. That you can no longer act on my be-
half or take ANY action without my consent, without TRESPASS
upon my person or property. That any action involving a cita-
tion or ticket, false imprisonment, extortion, confiscation,
impoundment, unlawful detainment, illegal search and seizure
and/or seizure of my private property by a police officer,
Federal official, or ANY public servant or employee will be con-
sidered a willful act to deprive me of my constitutionally pro-

tected rights as an American National (state) citizen. ANY
action by a police officer, officer of the court, public
servant or state/federal government official to assert unlaw-
ful authority under the "color of law" will be construed as a
direct and willful violation of my constitutionally protected
rights and prosecuted to the full extent of American law.
(Title 42 § 1983 or Tort)

I understand that such a NOTICE requires the GROUNDS which are
set forth hereunder, attached hereto, and incorporated herein
as follows: That no responsible or honest disclosure occurred
with ANYONE in any branch of government regarding the implica-
tions of unconscionable, adhesion contracts entered into BEFORE
or AFTER coming of legal age.

At the time of application for a Birth Certificate and Social
Security Number, I was incompetent by way of age to enter into
any contract with an implied consent or power of attorney to
any individual, person or legal fiction. I was NOT informed by
any person at that time, or any time thereafter, that I was
NOT REQUIRED to apply for and/or accept such a Number in order
to obtain work in any occupation or profession of common right
in the community. I was NOT informed that application for and
acceptance of such a Number or any other such License, Insurance,
Benefit, Privilege, Franchise, etc. would subject me to the
jurisdiction of Admiralty/Maritime/Merchant/International Law,
and/or the Uniform Commercial Code, and/or the jurisdiction and
authority of the Internal Revenue Code of 1954, the Buck Act of
1940, the Public Employees Salary Act of 1939 and all its pre-
decessors including the 14th Amendment. Nor was I informed that
application for an acceptance was an implied waiver of my sover-
eign (state) citizenship and unalienable rights protected by the
Declaration of Independence and the Bill of Rights. Had I been
duly informed, I would NOT have made such application, NOR would
I have accepted such a Number, License, Insurance, Benefit,
Privilege or Franchise.

Therefore by this NOTICE and the attached AFFIDAVITS incorporated
herein as prima facie evidence, I hereby, REVOKE, CANCEL and
RENDER any and all documents and things which you or your Depart-
ment/Administration may have in your possession, custody, and/or
control which indicate, represent and/or imply any contract, quasi-
contract, agreement, implied consent and/or power of attorney
entered into unknowingly, unwillingly and unintentionally, NULL
and VOID, Nunc Pro Tunc. NOTICE to Principles is NOTICE to Agents.
NOTICE to Agents is NOTICE to Principles.

Furthermore, I am REQUIRING you and your Department/Administration,
Agencies, Commissions and/or Division, and/or Agents, Officers,
and/or employees thereof, under the authority of the Ethics in
Government Act (P.L. 96-103), the Freedom of Information Act and
the Privacy Act (1974), that within thirty (30) days of your

receipt of this NOTICE, all documents and things in your posses-
sion, custody and control be purged from my files, my files de-
stroyed, any reference to any file in my previous Account Number
NULL and VOID for any purpose whatsoever, and written response
made directly to me reporting the TERMINATION of any contractual
relations between us.

Pursuant to Title 28 U.S.C. § 1746(1) and executed "without the
United States," I affirm under penalty of perjury under the laws
of the united states of America that the foregoing is true and
correct, to the best of my belief and informed knowledge. And
further deponent saith not. I now affix my signature and official
seal to all of the above affirmations with EXPLICIT RESERVATION
OF ALL OF MY UNALIENABLE RIGHTS, WITHOUT PREJUDICE to any of those
rights pursuant to U.C.C. 1-207 and U.C.C. 1-103.6.

Thank you for your attention and for your prompt and full compli-
ance with the terms of this NOTICE. Your courtesy is appreciated.

Respectfully,

Marcus Christopher Timmons
Citizen/Principal, by Special Appearance, in Propria Persona,
proceeding Sui Juris

Page 3 of 3



```
200703150750          10   PGS
03/15/2007 1:44pm $41.00
PIERCE COUNTY, WASHINGTON
```

**When Recorded return to:**
Marcus Christopher, Timmons
5700 Luce Avenue
McClellan, California [95652]

---

**Marcus Christopher, Timmons, Grantor**
**to the**
**People/Constituents of the several states of the Union, Grantee**

# Notice of

# Declaration of Status
### Of
### Marcus Christopher, Timmons

State of WASHINGTON

County of PIERCE

Recording Requested By:

Marcus Christopher Timmons
2913 Denise Court
West Sacramento, California Republic, usA
Non-Domestic

_____
Space above this line for Recorder's
use only. This Document is 9 pages.

### Affidavit Of Declaration of Status

Lassen_____County )
                              ) ss. Affidavit of Marcus Christopher Timmons
California State              )

The undersigned being duly sworn according to law deposes and says:

### NOTICE! THIS DECLARATION IS BROUGHT UNDER THE JURISDICTION OF:

**Yahweh**
**Declaration of Independence, 1776**
**Ordinance for the Territory North and West of**
**the River Ohio 1 Stat. 51, 52, July 13, 1787**
**Republic State of California, 1849**
**Constitution for the united states of America, 1787**
**Articles of Amendments, "Bill of Rights," 1791**
**1 Stat. Section 1 and 2 Civil: Flag of Peace of America**

Pursuant to the principles in 1 Stat. 122, May 26, 1790, Chapter XI;
March 27, 1804, 2 Stat. 298, Chapter LVI, in Section 2;

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

One living, sentient, free-will, natural man, known as Marcus Christopher Timmons,
a sovereign man of flesh and blood, domiciled in the California Republic, 1849,
at: 2913 Denise Court, West Sacramento, California Republic, usA, Non-Domestic ,
preserving and demanding all of my rights, hereinafter, "Demandant," waiving
none of my rights, asserting my rights under common law, conforming with my
deeply held spiritual beliefs, hereby declares and attest that this document
serves as **Public Notice** to the courts of relevant jurisdiction, all officers

Page 1 of 9 Affidavit of Declaration of Status

of that court, all other public servants, Federal and State, including,
but not limited to the Department of Justice, Federal Bureau of Investi-
gations, Internal Revenue Service, Highway patrol, Sheriff's Department,
Police Department and all other people and persons that are working for,
or on behalf of any public trust corporations, including, County, that
the Demandant at all times stands in the Kingdom of God, and that he
demands to have his rights protected at all times, by both the courts,
officers of the courts, police, sheriff's marshals , judges, prosecu-
tors, U.S. Attorneys and employees who follow it's policies.

This is an official **Declaration/Notice** that the Demandant reserves all of
his rights without prejudice. Demandant does not in any way consent to
have his rights infringed upon. Demandant does not give permission to
construe anything Demandant says as permission to prejudice any of Demand-
ant's rights, or liberties. Any lack of knowledge of the law on Demand-
ant's part at this time relating to Demandant's rights, shall not be con-
strued as permission to take any of Demandant's liberties, with any of
his rights.

Any infringement upon Demandant's rights shall serve as prima facie evi-
dence of intent to violate the law. If any action is taken against Demand-
ant that causes the Demandant a disability and it is later determined that
said actions, lack thereof, or any part thereof is based on policy and not
law, this document shall serve as prima facie evidence of intent to will-
fully violate the united states Constitution, 1787, "The Supreme Law of the
land." Each violation of Demandant's rights shall create a separate claim
for damages, which shall be deemed immediately due and payable to the De-
mandant, as an injured party.

Demandant affirms that he has the UNALIENABLE RIGHT to choose his lawful
citizenship, and that NO federal, state, local or municipal government can
take that right away by ANY statutory law or administrative rule without
Demandant's knowing, willing and voluntary consent, NOT by threat, duress
or coercion (tdc) of any kind, and NOT by constructive fraud. **Therefore
Demandant, asseverates and declares his lawful, sovereign Citizenship.**

Demandant is NOT a legal "person" born or naturalized in the federal "United
States," NOT subject to the exclusive jurisdiction of the legislative demo-
cracy of the federal "United States" (e.g., district of Columbia, Puerto
Rico, U.S. Virgin Islands, Guam, American Samoa) or any other territory, area
or enclave "within the United States." The terms "United States" and "U.S."
are NOT to be construed or assumed under any circumstances to imply or in-
clude the sovereign "50 states" or the "united states of America." Demandant
is NOT a "U.S. citizen" described in 26 CFR 1.1-1(c), and NOT a born and
naturalized 14th Amendment citizen of the District of Columbia (DC). There-
fore, Demandant is an "alien" with respect to the federal "United States."

Demandant is presumed to be a "non-resident alien" in Title 16, U.S.C. §1.
871-4, the Internal Revenue Code (IRC), however not the same "non-resident
alien" defined within the IRC pursuant to 42 U.S.C. § 411(b). Demandant's
income is NOT derived from sources "within the federal United States," nor

Page 2 of 9 Affidavit of Declaration of Status

is the Demandant effectively connected with the performance of the func-
tions of a public office "within the United States." Demandant's income
is part of my "foreign estate" pursuant to Title 26 U.S.C. § 7701(a)(31).

Demandant does not live "within" the geographical areas of exclusive federal
jurisdiction as defined in the Federal Land Area Chart. Demandant does not
live "within" ANY of the ten, regional federal areas, territories or en-
claves identified by the numerical, postal zip code. Demandant is a "non-
resident alien" outside both general and tangential venue and jurisdiction
of Title 26 U.S.C. Demandant is also NOT a "resident" of the incorporated
"State of CALIFORNIA" as it is also under the jurisdiction of the federal
"United States."

Demandant does hereby certify and declare that he is an American citizen
of the united states of America, 1787, and a citizen of the union state
in which he is domiciled. Demandant is a "natural born Citizen" (see
U.S. Constitution, Article 2, Section 1, Clause 5). Demandant is NOT sub-
ject to the statutory, colorable law jurisdiction of the federal United
States in the corporate monopoly of the federal, State, local and muni-
cipal governments. Demandant has NOT voluntarily or intentionally waived,
with ANY "knowingly intelligent acts" ANY of his unalienable rights, and
have utterly NO intention of doing so in the future.

Demandant is a citizen of the several states, NOT a federal, corporate
United States citizen of the District of Columbia. Demandant is domiciled
in the sovereign state of California Republic, 1849, a preamble American
national state Citizen of the united states of America.

"the dual character of our citizenship is plainly apparent...a citizen
of the United States is ipso facto and at the same time a citizen of the
state in which he is domiciled..." Colgate v. Harvey, 296 U.S. 404, 427;
80 L.Ed., 299 (1935).

"The [federal] United States government is a foreign corporation with
respect to a state." in re Merriam, 36 NE 505, 141 N.Y. 479,
16 S.Ct. 1073, 163 U.S. 625, 41 L.Ed. 287.

Demandant, Marcus Christopher Timmons   , hereby declares that he has in
fact Expatriated from the Corporate UNITED STATES OF AMERICA, pursuant to
15 Stat. chapter 249, pages 223-224, July 27, 1868, and Repatriated to the
California Republic, 1849, holding dual citizenship with the Nation of
Israel, in accordance with the scripture as a decendent of Adam, Abraham,
Issac, and Jacob, domiciled in the California Republic as a neutral.

Demandant is also declaring "sui juris" status in connection with both his
property and name. If ANY agency of the government disputes the above de-
claration of "sui juris" in connection with the "name" sworn and sealed
in this affidavit, Demandant demands a certified copy with his signed author-
ization of all documents or contracts being "held-in-due-course," pursuant to
U.C.C. 3-305.52 and U.C.C. 3-505, that create ANY legal disability to the
claimed "sui juris" status  and "alieni juris" relating to Demandant's "name."

Page 3 of 9 Affidavit of Declaration of Status

(One's "name" is one's property, and for one's "name' to enjoy" "sui
juris" status that "name" must be free of legal disability resulting
from a contract or commercial agreement, which is being "held-in-due-
course" by a fellow citizen or by any agency of the federal, state,
county or municipal government.)

Demandant has exercised, and does now exercise the REMEDY of law under
U.C.C. 1-207, whereby he may preserve his Common law right NOT to be
bound by any commercial agreement or bankruptcy action of the federal
United States government, that Demandant does not enter into knowingly,
willingly and voluntarily. This explicit RESERVATION OF RIGHTS serves
as a NOTICE upon all administrative agencies of government, federal,
state and local, that I will not accept the liability associated with
the compelled benefit of any unrevealed commercial agreement. If Demand-
ant  has received any benefit, privileges, or titles of nobility (e.g.
resident, citizen, taxpayer) from any branch of the government in the
past, they were "received" under PROTEST, or under threat, duress and
coercion (TDC), pursuant to U.C.C. 1-103, U.C.C. 2-302.2, and U.C.C. 3-
608.

In effect all past and present contracts, agreements, covenants, corp-
orate franchises, (XIVth Amendment) franchises, hypothecations, promises,
pledges, choses in action, cessio bonorum, bailment, transfers, use,
cestui que use, cestui que trust, trusts and confidences (or presumptions
emanating therefrom) and or similar transactions by and between the under-
signed with the municipal corporations of the STATE OF CALIFORNIA and
the UNITED STATES OF AMERICA, (as amended and adopted February 21, 1871,
Forty-first Congress Session 3, Ch. 62, 16 Stat., pg. 419, Sec. 34;
reorganized June 11, 1878, Ch. 190, 20 Stat. pg. 102) are hereby revoked,
dissolved, canceled, terminated and VOID FOR FAILURE OF FAIR CONSIDERA-
TION ab initio, the UNITED STATES OF AMERICA having declared bankruptcy
June 5, 1933, House Joint Resolution 192, Public Law 73-10. See: "Rule
against perpetuities;" "Use," "Nul Charter;" and The Uniform Fraudulent
Conveyances Act (Principal Provisions), Section 4 MT 57 (16)0-2, In-
ternal Revenue Manual - Administration, 392 2-87, Exhibit 800-1, page
8051, to wit: "Every conveyance or transfer made or executed without fair
or valuable consideration is void ab initio."

Any and all hidden contracts and/or commercial agreements between the
UNITED STATES OF AMERICA, a.k.a., the District of Columbia, and MARCUS
CHRISTOPHER TIMMONS    ; TIMMONS, MARCUS C.    , Social Security Number: 573-
45-5558   (LLC) and Marcus Christopher Timmons , the sovereign man of
flesh and blood, have been RESCINDED ab initio for FAILURE OF FAIR CON-
SIDERATION, and all benefits, privileges and opportunities associated with
such unrevealed contracts and/or commercial agreements have been waived,
rejected and forfeited, and no ADMIRALTY and/or MARITIME benefits, in-
cluding, but not limited to Limited Debt Liability Benefits, have been
voluntarily accepted by the Demandant, who is non-assumpsit to any surety-
ship or guarantor status of the UNITED STATES OF AMERICA, it's municipal
or political corporate subdivisions, in particular, MARCUS CHRISTOPHER
TIMMONS    , being under no debt, duty, obligation, or liability to perform

Page 4 of 9 Affidavit of Declaration of Status

thereunder, said XIVth Amendment eleemosynary corporate church State
public Trust, operating under any causa debendi statute, code, rule,
regulation, or order, emanating therefrom as a colorable franchise,
or enfranchisement benefit, thus "Piercing the Corporate Veil."

> Authority: Collier v. Lindley, et al., S.F. 12714 (S.Ct. Ca 1928),
> 266 P. 526; A.G. of the State of New York v. Harry Lebensfeld, et
> al., 434 N.Y.S. 2d 929, 51 N.Y. 2d 442; Tidden v. Green, 130, N.Y.
> 29, 45, 28 N.E. 880; Trustees of the Dartmouth College v. Wood-
> ward, 4 Wheat 518, 4 L.ED. 629.

By this **Declaration/Notice,** all whom have eyes to see, ears to hear, cita-
tions and other presentments, from government bodies politic, on the alleged
authority of STATE and/or Federal code require execution as "a cloak to
disguise a collateral undertaking" in U.S. Funds. As a result, these so-
called codes, both State and/or Federal are not "duly enacted" under the
original Sessions of the State Constitution or united states Congress as-
sembled. Without enacting clauses or any authoritywhatsoever, these codes/
status, are therefore VOID on their face, without any subject matter juris-
diction.

Therefore, for protection of Demandant's substantive, unalienable rights,
Demandant "SPECIALLY OBJECTS TO" THE USE OF U.S. FUNDS, because Demandant
has no other available medium of exchange and is not allowed to print his
own money.

Said United States is bankrupt on the authority of Perry v. United States,
249 U.S. 330-381, (1935); 79 L.Ed. 912.

Said United States is an obligor/grantor to the Federal Reserve Bank
created by the authority of the **Federal Reserve Bank Act of December 23,
1913, 38 Stat. 265, Ch. 6.**

Congress agreed, contracted, in international, commercial law, in the said
Federal Reserve Bank Act, to give the Federal Bank System a paramount and
"permanent" (ex-warranto 1913 to 1933) lien on the United States assets,
the USER Of said bank notes, by the authority of **38 Stat. 265, Ch. 6,
pages 266-267**. The USER agrees, as a "parol promise" to accept the status
as an obligor/grantor, to hypothecate all the USER's assets, to the United
States, thereby to the Federal reserve Bank System. The IRS merely has a
collection agreement as a "USER" fee for the USE of Federal Reserve Bank
Notes.

Demandant "SPECIALLY OBJECTS TO" the use of Federal Reserve Bank notes on
the authority of McLeod v. Hoover, (June 22, 1925) No. 26395, S.Ct. Louisi-
ana; 105 S.Rep. 305, that court citing U.S. Bank v. Bank of Georgia, 10
Wheat. 338, 6 L.Ed. 34.

By necessity, for protection of all Demandant's substantive unalienable
Rights, Demandant hereby refuses for FRAUD, any attempt to induce the De-
mandant to be a tort feasor to the Constitution for the united states of

Page 5 of 9 Affidavit of Declaration of Status

America, 1787, where at **Article I, Section 10**, it states "No State shall...emit bills of credit; make anything but Gold and Silver Coin a tender in payment of debts."

The Congress of the united states of America, by authority of the **Gold Bullion Coin Act of 1985, Public Law 99-185, December 17, 1985 99 Stat. 1177**, has given its intent that all Americans can no longer be forced into an obligor/grantor status in relation to said Federal Reserve bank notes.

Under the **Compelled Benefits Doctrine**, a man cannot be held liable for benefits that he is compelled to accept, especially if it is a compelled economic benefit. See Maynard Mehl v. John H. Norton, No. 31, 338, Supreme Court of Minnesota, 201 Minn. 203; 275 N.W. 843; 1937 Guardian, etc., Supreme Court of Texas, 38 Tex. 245; 1873 Tex. LEXIS 241, 1873; Jo Elaine Bailey Woodland, Appellant v. Shirely Wisdom, Appellee, No. 06-97-0083-CV, Court of Appeals of Texas, Sixth District, Texarkana, 975 S.W.2d 712; 1998 Tex. App. LEXIS 5038, Charles L. Black Aycock et al., Appellant v. F.H. Eastland, 853 S.W.2d 161; 1993 Tex.App. LEXIS 989; F.M. Smith, Appellant, v. Texas Commerce Bank-Corpus Christi, N.W. et al., Appellees., Court of Appeals of Texas, Thirteenth District, Corpus Christi, 822 S.W.2d 812; 1992 Tex App. LEXIS 209; Frances Jackson Rogers, Appellant v. David Orman Rogers, Jr., Appellee, Court of Appeals of Texas, Thirteenth District, Corpus Christi, 806 S.W.2d 886; 1991 Tex.App. LEXIS 646.

All public officials, officers of government bodies politic, in all branches/ departments, Executive, Legislative, or Judicial being of Oath of Office, bonded to fidelity, are under ministerial duty, Rock Island County v. US ex rel. State Bank, 4 Wall 435; U.S. v. Thomas, 15 Wall 337; U.S. v. Lee, 106 US 196, 1 S.Ct. 240, fiduciary/trustees, U.S. v. Carter, 217 US 286, 30 S.Ct. 515. "The implication of trust is the implication of every duty proper to a trust.***Whoever is a fiduciary or in conscience chargeable as a fiduciary is expected to live up to them." Buffman v. Peter Barceloux Co., 289 US F.2d 685 (1930), wherein it further states "Being fiduciaries, the ordinary rules of evidence are reversed, "must obey the law, Butz v. Economou, (US) 98 S.Ct. 2894, Davis v. Passman, (1979, US) 99 S.Ct. 2264.

"The Law will protect an individual who, in the prosecution of a right does everything which the law requires him to do but fails to obtain his right by the misconduct or neglect of a public officer." Lytle v. Arkansas, (Hower 314, 13 L.Ed. 153; Duluth & Iron Range Co. v. Roy, 173 US 587, 19 S.Ct. 549, 43 L.Ed. 820, and "It is a maxim of law, admitting few if any exceptions, that every duty laid upon a public officer for the benefit of a private person is enforceable by judicial process." Butterworth v. US ex rel. Hoe, 112 US 50, 5 S.Ct. 25, 28 L.Ed.

Demandant knows it is a crime to conceal a fraud. Demandant refuses to be a party to a crime of fraud, therefore, Demandant DEMANDS that any informal business enterprise provide proof of authority to force Demandant to perform under the STATE OF CALIFORNIA penal codes and/or UNITED STATES codes, which

Page 6 of 9 Affidavit of Declaration of Status

both lack enacting clauses and Congressional/Legislative authority, and to use said bank notes, thereby compelling Demandant to become a tort feasor to the aforesaid **Article I, Section 10, Clause 1.**

By this **Declaration**, I, Marcus Christopher Timmons, abjure, denounce, rebut, refuse, make <u>Special Objection to,</u> assumption, and/or presumption, of quid pro quo, on Federal Reserve Bank Act of December 23, 1913, the confidence game, scheme, forced <u>USE</u> AND OR <u>CESTUI QUE USE</u>, whereby worthless paper is placed into circulation by the Federal Reserve Banks, in lieu of Consti- tutionally required gold, silver, without full, timely disclosure, to each and all the American people, by deceit, misinformation, withholding material facts, when there is a fiduciary/trustee ministerial duty on the part of the Government actors to fully disclose, by Government, Federal Reserve Banks, of the liability that attaches, by the <u>USE</u> of the private script, instruments of debt, obligations of the Corporate UNITED STATES, Federal Reserve Notes, obligations of the Corporate UNITED STATES, Federal Reserve Notes.

By this Public Notice and Declaration, I, Marcus Christopher Timmons , abjure, denounce, rebut, refuse, any allegation that I, in any way assent to, have in the past assented to, 'promise,' or have in the past 'promised,' to guarantee the "hypothecated debt," and/or the private debt of the Corporate United States **28 U.S.C. § 3002(15)**, and/or the Federal Reserve Banks, agents, contractors, assigns, successors, heirs, and any other obligor/grantor, in any capacity, whatsoever, at any time, for any reason.

By this Declaration, I, Marcus Christopher Timmons  , aver, make Public Notice that My labor is valued in terms of gold coin, silver coin, **never** in terms of debt instruments, that I wish to pay, extinguish, any and all My Debt, at no time, discharge and/or passing same to others, for that is abhorent to the Demandant, as against Demandant's deeply held spiritual beliefs and training.

<u>United States vs. Johnson</u>, 76 Federal Register, Supplement 538; Rights are neither accorded to the passive resistant, nor the person who is ignorant of  his Rights, not to the one indifferent thereto. It is a fighting clause. Its benefits can only be retained by sustained combat. It cannot be claimed by an attorney or solicitor. It is valid only when insisted upon by a bel- ligerent claimant in person. "Without Prejudice," "All Rights Reserved." When Demandant uses "Without Prejudice," in connection with his signature, Demandant is saying, "I reserve my right not to be compelled to enter know- ingly, voluntarily and intentionally. And furthermore, Demandant does not accept the liability of the compelled benefit of any unrevealed contract of commercial agreement." "The sufficiency of the reservation: any expression indicating an intention to reserve rights, is sufficient, such as "Without Prejudice" or "All Rights Reserved." "The making of a valid Reservation of Rights preserves whatever rights the person then possess, and prevents the loss of such rights by application of concepts of waiver or estoppel."

This **Declaration/Notice** must be obeyed by anyone, who has a public servant job, and in particular, any and all public servants who have taken an oath

to uphold the de jure constitution for the Republic state of California
and the united states of America, 1787, but shall not be avoided for lack
of an oath. Further, authorities: Whereas, the exercise of a natural right
needs not authority in America, other than the constitution, 1787, as the
Demandant stands as a "diplomatic agent," "Ambassador," and "Public Mini-
ster of Justice," in accordance with Republic state of California, 1849,
and the united states of America, 1787.

Demandant is NOT willing to participate in the federal United States bank-
rutpcy that is being administered against him WITHOUT his prior knowledge
and consent, NOT willing to APPEAR in an equity, maritime or admiralty
jurisdiction WITHOUT his ACCUSER and/or CREDITOR present, WITHOUT the
signed and authorized American or international contract presented as
evidence of Demandant's voluntary consent.

**ANY other evidence or presumption to the contrary is hereby REBUTTED.** ANY
past signatures of authorization  on Internal Revenue Service (1040's and
W-4's), Social Security Administration forms (SS-5), driver's licenses,
vehicle registrations, birth or trust certificates, voter registrations
and other franchises with any agency of the government etc., were in ERROR
and involuntarily made under threat, duress and coercion (TDC). **Demandant
hereby REVOKES, Cancels and renders NULL & VOID, Nunc Pro Tunc, both currently
and retroactively to the time of signing, any  and all such contracts.** ANY
subsequent use of these aforementioned documents will be FOR INFORMATION
ONLY and as a courtesy to government agencies with whom Demandant is purging,
deleting or clarifying the public record.

Demandant reminds the courts, agent(s), Foreign and Domestic, and all Public
Servants that pursuant to the law, actors, engaged in any form of slavery in
a non-judicial, administrative, Article I, capacity, lose all immunities
from criminal prosecution and civil judgments and any corporation, municipal
or otherwise that condones any act of slavery by any of its agents or em-
ployees is subject to civil judgment and injunctions under the law.

Demandant again notices AGENT AND PRINCIPAL, PRINCIPAL AND AGENT, that
Demandant reserves all of his God-given and lawfully protected rights
that is endowed upon himself and all Mankind, not to be subjected to slavery.

Constitution for the united states, Article 1, Section 2, clause 2: "In all
cases affecting Ambassadors, other public Ministers and Consuls, and those
in which a State shall be a party, the Supreme Court shall have original
jurisdiction."

Any declaration, instruction, opinion, order or decision of any officers of
government, State and/or Federal, which denies, restricts, impairs, or
questions the right to contract (Article I, Section 10), is hereby
declared inconsistent with the fundamental principles of the united states
of America, 1787, this government and it's constitution, and such breach of
fundamental principles of "this government" could be considered a violation
of Oath of Public Office Contract, and in violation of the Neutrality Act of
1939, 54 Stat. 4 et seq.; the Trading with the Enemy Act of 1917, 40 Stat.

Page 8 of 9 Affidavit of Declaration of Status

411 et seq.; the Foreign Agents Registration Act of 1938, 52 Stat. 631 et seq.; and the Nationality Security Act of 1947, c. 343, 61 Stat. 495 et seq.

Pursuant to Title 28 U.S.C. § 1746(1) and executed "without the United States," I affirm under penalty of perjury under the laws of the united states of America that the foregoing is true and correct, to the best of Demandant's belief and informed knowledge. **And Further deponent saith not.** I now affix my signature and official seal to all of the above affirmations with **EX-PLICIT RESERVATION OF ALL OF MY UNALIENABLE RIGHTS, WITHOUT PREJUDICE to any of those rights pursuant to U.C.C. 1-207 and U.C.C. 1-103.6.**

Respectfully,

Done on the _____ day of Feb _____, 2007.

_____
Marcus Christopher Timmons
Principal, by Special Appearance, in Propria Persona, proceeding Sui Juris


On this _____ day of Feb _____, 2007, Marcus Christopher Timmons , personally known to me to be the party who before me sworn, subscribed, sealed and affirmed the foregoing Affidavit of Declaration of Status as a free act and deed.

_____
Notary Public

Commission Expires: Nov 4, 2009


Seal

SHANDRA S. ANDERSON
Commission # 1618907
Notary Public - California
Lassen County
My Comm. Expires Nov 4, 2009

CERTIFICATE OF SERVICE

I, ____John Edward Quintero_____, sui juris, hereby certify
that I have made service of the foregoing:  -CONSTRUCTIVE LEGAL
NOTICE- Affidavit Of Declaration of Status; upon the party(s):

George W. Bush
[President of the United States]
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC [20500]
Certified No.
_7005 0390 0003 1521 8163_____

Condoleezza Rice
[Secretary of State]
Department of State
Harry S. Truman Building, 7th Fl.
2201 C Street, N.W.
Washington, DC [20520]
Certified No.
_7005 0390 0003 1521 8125_____

Alberto R. Gonzales
[U.S. Attorney General]
U.S. Department of Justice
Robert F. Kennedy Building,
Room 5111
950 Pennsylvania Avenue, N.W.
Washington, DC [20530-0001]
Certified No.
_7005 0390 0003 1521 8132_____

Henry M. Paulson
[U.S. Treasury Secretary]
1111 Constitution Avenue, N.W.
Washington, D.C. [20224]
Certified No.
_7005 0390 0003 1521 8170_____

Arnold Schwarzenegger
[Governor of the State of California]
State Capitol Building
Sacramento, California [95814]
Certified No.
_7005 0390 0003 1521 8101_____

Debra Bowen
[Secretary of State of California]
1500 11th Street, 2nd Floor
Sacramento, Cailfornia [95814]
Certified No.
_7005 0390 0003 1521 8118_____

Jerry Brown
[Attorney General of California]
1300 "I" Street
Sacramento, California [95814]
Certified No.
_7005 0390 0003 1521 8156_____

Harley G. Lappin [Director]
Federal Bureau of Prisons
Central Office
Home Owners Loan Corporation Building
320 First Street, N.W.
Washington, DC [20534]
Certified No.
_7005 0390 0003 1521 8149_____

by depositing in the united states mail at 741-925 Herlong Access
Road A-25, Herlong, California [96113], enclosed in an envelope with
postage prepaid; on this_11th_ day of _April_____, 2007, a true,
correct, and complete copy thereof; I am over the age of twenty-one
(21) years and not a party to the above referenced action.

_John Edward Quintero_____, Sui Juris, Without Prejudice
Print Name: _John Edward Quintero_
Address: _741-925 Herlong Access Road A-25_
_Herlong, California [96113]___

## CERTIFICATE OF SERVICE

I, John Edward Quintero, sui juris, hereby certify that I have made service
of the foregoing: - CONSTRUCTIVE LEGAL NOTICE - Affidavit Of Declaration of
Status;Notice of Felony, 18 U.S.C. § 4; Request for Assistance in Procurring
release from false imprisonment; Notice of Apostille.; upon the party(s):

Debra Wong Yang
[U.S. Attorney]
Leon W. Weidman
[AUSA[
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, California [90012]
Certified Mail No. 7005 0390 0003 1521 8194

by depositing in the united states mail at 741-925 Herlong Access Road A-25,
Herlong, California [96113], enclosed in an envelope with postage prepaid;
on this 11th Day of April, 2007, a true, correct, and complete copy thereof;
I am over the age of twenty-one (21) years and not a party to the above referenced
action.

_____, Sui Juris, Without Prejudice
John Edward Quintero
741-925 Herlong Access Road A-25
Herlong, California [96113]

Exhibit "B"
Judgment And Commitment Order

United States District Court
Central District of California

UNITED STATES OF AMERICA vs                              CR 00-226-LGB

Defendant   **MARCUS CHRISTOPHER TIMMONS**        Social Security # 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

Residence   Metropolitan Detention Center          Mailing Address   2108 S. Beverly Glen #115
            535 N. Alameda St.                                        Los Angeles, CA 90053
            Los Angeles, CA 90012

---

## JUDGMENT AND PROBATION/COMMITMENT ORDER

---

In the presence of the attorney for the government, the defendant appeared in person, on: AUGUST 21, 2000

Month / Day / Year

**COUNSEL:**
 __ WITHOUT COUNSEL
However, the court advised defendant of right to counsel and asked if defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.
 XX WITH COUNSEL: Ellen Barry, Apptd.

**PLEA:**
 XX GUILTY, and the Court being satisfied that there is a factual basis for the plea.

**FINDING:**
There being a finding of GUILTY, defendant has been convicted as charged of the offense(s) of:
18 USC 2113(a)(d): Armed Bank Robbery (Count 2 of Indictment), Class B Felony
18 USC 924(c): Using and Carrying a Firearm During a Crime of Violence (Count 3), Class A Felony

## JUDGMENT AND PROBATION/COMMITMENT ORDER:

The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that:

Pursuant to Section 5E1.2(e) of the Guidelines, all fines are waived as it is found that the defendant does not have the ability to pay a fine.

It is ordered that the defendant shall pay to the United States a special assessment of $200, which is due immediately.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, MARCUS CHRISTOPHER TIMMONS, is hereby committed on Counts 2 and 3 of the Indictment to the custody of the Bureau of Prisons to be imprisoned for a term of ONE HUNDRED TWENTY THREE (123) months. This term consists of 63 months on Count 2 of the Indictment, and 60 months on Count 3, to be served consecutively.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of five years, on each of Counts 2 and 3, all such terms to run concurrently, under the following terms and conditions: 1) the defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318; 2) during the period of community supervision the defendant shall pay the special assessment in accordance with this judgment's orders pertaining to such payment; and 3) the defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The defendant shall abstain from using illicit drugs, using alcohol, and abusing prescription medications during the period of supervision.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law may issue a warrant and revoke supervision for a violation occurring during the supervision period.

__ This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed by: District Judge

HON. LOURDES G. BAIRD

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

Exhibit "C"
NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

# NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

## all to whom these presents shall come. Greeting:

irtue of the authority vested in me by the Archivist of the United States, I certify on his behalf,

al of the National Archives of the United States, that the attached reproduction(s) is a true and

f documents in his custody.



| SIGNATURE | |
|---|---|
| *Aloha South* | |
| **NAME** | **DATE** |
| ALOHA SOUTH | May 18, 2006 |
| **TITLE** | |
| ASSISTANT BRANCH CHIEF, NWCTB | |
| **NAME AND ADDRESS OF DEPOSITORY** | |
| The National Archives<br>Washington, D.C. 20408 | |

NA FORM 14007A (10-86)

Page 1 of 10

[PUBLIC LAW 772]
[CHAPTER 645]

H. R. 3190

**Eightieth Congress of the United States of America**

**At the Second Session**

Begun and held at the City of Washington on Tuesday, the sixth
day of January, one thousand nine hundred and forty-eight

## AN ACT

To revise, codify, and enact into positive law, Title 18 of the United
States Code, entitled "Crimes and Criminal Procedure".

*Be it enacted by the Senate and House of Representatives of the
United States of America in Congress assembled,* That Title 18 of the
United States Code, entitled "Crimes and Criminal Procedure", is
hereby revised, codified, and enacted into positive law, and may be
cited as "Title 18, U. S. C., § ——", as follows:

TITLE 18—CRIMES AND CRIMINAL PROCEDURE

Part
I.   Crimes _____ Sec. 1
II.  Criminal Procedure _____ 3001
III. Prisons and Prisoners _____ 4001
IV.  Correction of Youthful Offenders _____ 5001

Part I—Crimes

Chapter
1.  General provisions _____ Sec. 1
3.  Animals, birds and fish _____ 41
5.  Arson _____ 81
7.  Assault _____ 111
9.  Bankruptcy _____ 151
11. Bribery and graft _____ 201
13. Civil rights _____ 241
15. Claims and services in matters affecting government ___ 281
17. Coins and currency _____ 331
19. Conspiracy _____ 371
21. Contempts constituting crimes _____ 401
23. Contracts _____ 431
25. Counterfeiting and forgery _____ 471
27. Customs _____ 541
29. Elections and political activities _____ 591
31. Embezzlement and theft _____ 641
33. Emblems, insignia, and names _____ 701
35. Escape and rescue _____ 751
37. Espionage and censorship _____ 791
39. Explosives and combustibles _____ 831
41. Extortion and threats _____ 871
43. False personation _____ 911
45. Foreign relations _____ 951
47. Fraud and false statements _____ 1001
49. Fugitives from justice _____ 1071
51. Homicide _____ 1111
53. Indians _____ 1151
55. Kidnaping _____ 1201
67. Labor _____ 1231
59. Liquor traffic _____ 1261
61. Lotteries _____ 1301
63. Mail fraud _____ 1341
65. Malicious mischief _____ 1361
67. Military and Navy _____ 1381
69. Nationality and citizenship _____ 1421
71. Obscenity

NOTE: This is the face page of the enrolled bill (Public Law 80-772), Title 18 of the United States Code, entitled "Crimes and Criminal Procedure" as Congress was **not** "assembled" when the Speaker of the House of Representatives and the President of the Senate pro tempore signed this enrolled bill, which **wasn't** until after June 20, 1948, when it was presented by said Speaker and said President pro tempore to President Truman, **and before June 25, 1948**, when President Truman, in fact, signed this enrolled bill. This was in direct violation of Title 1 U.S.C. § 101, thereby, rendering Public Law 80-772 unconstitutional and null and void ab initio (from its inception). The above was **only after the sine die adjournment** (final adjournment) of the Second Session of the 80th Congress, and as authorized by H.Con.Res.219. This is also irrefutable and incontrovertible evidence of fraud perpetrated against the American people by the 80th Congress as this enrolled bill was altered from the engrossed bill to make it appear that the engrossed passed both Houses of Congress in the **Second Session** of the 80th Congress (1948), when, in fact, the House passed it on May 12, 1947 (First Session), and the Senate passed it on June 18, 1948 (Second Session). [Emphasis We, the People]

H. R. 3190—240

| Date | Statutes at Large | | | | U. S. Code | |
|---|---|---|---|---|---|---|
| | Chapter | Section | Volume | Page | Title | Section |
| **1940—Continued** | | | | | | |
| Mar. 28 | 73 | | 54 | 80 | 18 | 07 |
| Apr. 17 | 101 | | 54 | 110 | 28 | 101 |
| Apr. 30 | 184 | | 54 | 171 | 18 | 56 |
| Do | 176 | 1–3 | 54 | 175, 176 | 18 | 733, 733a, 733b |
| June 6 | 241 | | 54 | 214 | 18 | 656 |
| June 8 | 278 | | 54 | 249 | 25 | 217a |
| Do | 286 | | 54 | 255, 256 | 18 | 412a |
| June 11 | 322 | | 54 | 264 | 18 | 451 |
| Do | 320 | 1–3 | 54 | 266 | 18 | 469–471 |
| June 13 | 350 | | 54 | 391 | 18 | 253 |
| June 25 | 426 | | 54 | 571, 572 | 18 | 76e |
| June 28 | 439 | 1–6 | 54 | 670, 671 | 18 | 9–13 |
| June 29 | 443 | | 54 | 688 | 18 | 667 |
| Do | 449 | 1–6 | 54 | 692, 693 | 18 | 641, 718, 719, 723a, 723k |
| Do | 466 | | 54 | 695 | 12 | 588b |
| July 10 | 567 | | 54 | 747 | 18 | 687 |
| July 19 | 540 | 1, 3, 5, 6 | 54 | 757, 772 | 18 | 61a, 611, 611n–1, 611 |
| Oct. 8 | 762 | | 54 | 1021 | 18 | 203 |
| Oct. 9 | 777 | 6 | 54 | 1028 | 15 | 382–385 |
| Do | 785 | 1–5 | 54 | 1038, 1060 | 18 | 876, 876a–876f |
| Oct. 14 | 872 | | 54 | 1134 | 18 | 390a |
| Do | 876 | 316 (a–h), (l), 347 | 54 | 1163–1168 | 8 | 746 (a–h), (l), 747 |
| Oct. 17 | 897 | 1–6 | 54 | 1201–1204 | 18 | 14, 14 note 15–17 |
| Nov. 30 | 926 | | 54 | 1220, 1221 | 18 | 101, 104–106 |
| **1941**—May 21 | 135 | 1 (part) | 55 | 220 | 18 | 647 |
| June 14 | 204 | | 55 | 252 | 18 | 733f |
| June 25 | 213 | | 55 | 254, 255 | 18 | 746a, 746b |
| June 28 | 261 | 10 | 55 | 355 | 12 | 1731 (d) |
| July 9 | 292 | | 55 | 581 | 18 | 390a |
| July 11 | 287 | | 55 | 583 | 18 | 518a |
| Aug. 18 | 305 | 1–6 | 55 | 631, 632 | 18 | 419a, 419b, 419c, 419d |
| Aug. 21 | 388 | | 55 | 645 | 50 | 104 |
| Oct. 21 | 452 | | 55 | 743, 744 | 18 | 733f |
| Nov. 18 | 473 | 1, 2 | 55 | 763, 764 | 18 | 106, 107 |
| Nov. 21 | 492 | | 55 | 779 | 18 | 669 |
| Dec. 22 | 618 | | 55 | 852 | 18 | 532 |
| Dec. 24 | 643 | 1–3 | 55 | 876, 877 | 18 | 503, 503, 503a, 504 |
| **1942**—Mar. 7 | 160 | | 56 | 141 | 18 | 261 |
| Mar. 23 | 179 | 1 (part) | 56 | 188 | 18 | 647 |
| Mar. 31 | 191 | | 56 | 188 | 18 | 97a |
| Mar. 27 | 199 | 1106 | 56 | 184 | 50 App. | 641a |
| May 9 | 296 | | 56 | 271, 272 | 18 | 683 |
| Aug. 24 | 566 | 1, 2 | 56 | 747, 748 | 18 | 390a |
| Sept. 16 | 561 | 314 | 56 | | 18 | 753h |
| Dec. 30 | 832 | 1, 3, 5 | 56 | | 50 | 344 |
| Do | 824 | | 56 | 1067 | 18 | 420f, 420g, 420h |
| **1943**—Jan. 28 | 179 | 1 (part) | 57 | 1067, 1068 | 18 | 101 |
| Nov. 22 | 303 | | 57 | 958 | 18 | 647 |
| **1944**—Mar. 4 | 83 | 1, 2, 3, 4 | 58 | 201 | 18 | 87 |
| Apr. 1 | 151 | | 58 | 111 | 18 | 472, 473, 474 |
| Apr. 4 | 162 | | 58 | 188 | 18 | 262a |
| July 1 | 826 | 19 (a), (d), (e), (g) (b) | 58 | 682, 688 | 42 | 209 |
| Do | 358 | | 58 | 567 | 41 | 119 |
| Sept. 27 | 426 | | 58 | 762 | 18 | 390a |
| Oct. 3 | 479 | 28 | 58 | 781 | 18 | 294 |
| Dec. 20 | 623 | 2 | 58 | 837 | 12 | 1130c |
| Dec. 23 | 706 | 1, 2, 3 | 58 | 916, 915 | 18 | 62, 62a, 62b |
| **1945**—Apr. 30 | 103 | | 59 | 101 | 18 | 97b |
| May 18 | 126 | | 59 | 186 | 18 | 516a |
| June 5 | 178 | 1, 2, 3 | 59 | 234, 235 | 18 | 241, 241a, 241b |
| July 31 | 339 | 2 | 59 | 518 | 31 | 804b |
| Sept. 26 | 382 | 1, 2, 3 | 59 | 586 | 18 | 525 |
| **1946**—May 13 | 256 | | 59 | 182 | 18 | 518a |
| July 3 | 537 | | 60 | 420 | 18 | 17 note |
| | | | | | 18 | 420a–420c–1 |
| | | | | | 18 | 52 note, 101 note, 161 note |
| July 10 | 547 | | 60 | 524, 525 | 18 | 541 |
| July 24 | 606 | | 60 | 656 | 18 | 400–411 |
| Aug. 2 | 736 | | 60 | 789 | 18 | 408e |
| Aug. 14 | 954 | 3 | 60 | 1,064 | 18 | 1,026 |
| **1947**—Apr. 16 | 39 | | 61 | 53 | 18 | 411 |
| Mar 19 | 73 | | 61 | 97 | 18 | 744d–1 |
| June 30 | 111 | | 61 | 134 | 18 | 244 |
| June 25 | 190 | 304 | 61 | 159 | 2 | 261 |

First proviso, only, appearing on this page.
First proviso, only, appearing on this page.
As added by Act, Apr. 1, 1944, ch. 150 (part), 58 Stat. 165.
Second proviso, only, appearing on this page.
First, second, third, and sixth paragraphs, only, of this section of title 41 of the United States Code, 1940 edition.
Only the provisions amending section 52 of Act, July 22, 1937, ch. 517, title IV, 50 Stat. 531, 532.

*Joseph W. Martin Jr.*
Speaker of the House of Representatives.

*[signature]*
President of the Senate pro tempore.

Approved
June 25, 1948
Harry S Truman
12:23 P. M. E.D.T.

NOTE: This is the signature page of the enrolled bill (public Law 80–772), Title 18 of the United States Code, entitled "Crimes and Criminal Procedure" as evidenced by the signatures of President Truman, Speaker of the House of Representatives and President of the Senate pro tempore. Congress was not "assembled" from June 20, 1948, through June 25, 1948. On June 26, 1948, Congress convened pursuant to proclamation of President Truman. President Truman pocket vetoed 14 bills presented to him after the adjournment of June 20, 1948, which can only be done if Congress is fully adjourned sine die. (SEE: KENNEDY V. SAMPSON, 511 F.2d 430, at 444, Appendix, footnote 5 and POCKET VETO CASE, 279 U.S. 655 (1929)). [Emphasis We, the People]

# NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

## all to whom these presents shall come, Greeting:

rtue of the authority vested in me by the Archivist of the United States, I certify on his behalf,

eal of the National Archives of the United States, that the attached reproduction(s) is a true and

f documents in his custody.

| SIGNATURE | | |
|---|---|---|
| NAME Richard Hunt | | DATE 05/09/06 |
| TITLE Director Center for Legislative Archives | | |
| NAME AND ADDRESS OF DEPOSITORY The National Archives Washington, D.C. 20408 | | |

'U.S. GPO: 1998-442-221/89075

NA FORM 14007A (10-86)

Page 4 of 10

NOTE: this is the **face** page of the engrossed bill (H.R. 3190),
Title 18 of the United States Code, entitled "Crimes and Criminal
Procedure" as introduced and passed by the House of Representatives
in the **First Session** of the 80th Congress. [Emphasis We, the People]

80TH CONGRESS
1ST SESSION

# H. R. 3190

# AN ACT

To revise, codify, and enact into positive law, Title 18 of the
United States Code, entitled "Crimes and Criminal Pro-
cedure".

1      *Be it enacted by the Senate and House of Representa-*

2  *tives of the United States of America in Congress assembled,*

3  That Title 18 of the United States Code, entitled "Crimes

4  and Criminal Procedure", is hereby revised, codified, and

5  enacted into positive law, and may be cited as "Title 18,

6  U. S. C., §—", as follows:

NOTE: This is the signature page of the engrossed bill (H.R. 3190), Title 18 of the United States Code, entitled "Crimes and Criminal Procedure" as passed by the Senate on June 18, 1948, Second Session of the 80th Congress, and as attested by the signature of the Secretary of the Senate. In fact, June 18, 1948, was in the Second Session of the 80th Congress, not in the First Session as indicated on this signature page. This is irrefutable and incontrovertible evidence of the fraud perpetrated against the American people, by the 80th Congress. [Emphasis We, the People]

NOTE: The Senate amended the original H.R. 3190 which the House of Representatives intro- duced and passed on May 12, 1947 (First Session), and the House only concurred (agreed) to these amendments, but never voted on the amended bill. This is irrefutable and incontrovertible evidence that the House and Senate passed different bills, in direct violation of Title 1 U.S.C. § 106, thereby, rendering H.R. 3190 unconstitutional on its face and null and void ab initio (from its inception). [Emphasis We, the People]

80TH CONGRESS
1st Session

H. R. 3190

AN ACT

To revise, codify, and enact into positive law, Title 18 of the United States Code, entitled "Crimes and Criminal Procedure".

JUN 17 1948

(CALENDAR DAY)
JUN 18 1948

House agrees to Senate amendments.

In the Senate of the United States,

JUN 18 — LEG. DAY JUN 15 '48

Resolved, That this bill pass with amendments.

Attest:

_Secretary_

471

| Date | Statutes at Large | | | | U. S. Code | |
|---|---|---|---|---|---|---|
| | Chap-ter | Section | Vol-ume | Page | Title | Section |
| 1946—July 10__ | 547 | -------- | 60 | 524, 525 | 18 | 641 |
| July 24__ | 606 | -------- | 60 | 656 | 18 | 409–411 |
| Aug. 2___ | 735 | -------- | 60 | 789 | 18 | 408e |
| Aug. 14__ | 964 | 66 3 | 60 | 1064 | 7 | 1026 |

66 Only the provisions amending section 52 of Act July 22, 1937, ch. 517, title IV, 50 Stat. 531, 532.

Passed the House of Representatives May 12, 1947.

Attest:

*John Andrews*

*Clerk.*

NOTE: This is the **signature page** of the engrossed bill (H.R. 3190), Title 18 of the United States Code, entitled "Crimes and Criminal Procedure" as passed by the House of Representatives on **May 12, 1947,** **First Session** of the 80th Congress, and as attested by the signature of the Clerk of the House of Representatives. [Emphasis We, the People]

Page 7 of 10

**Note:** This is the **face page** of the engrossed bill (H.R. 3214) Title 28 of the United States Code, entitled "Judicial Code and Judiciary," as passed by the House of Representatives in the First Session of the 80th Congress. [Emphasis We, the People]

80TH CONGRESS
1ST SESSION

# H. R. 3214

# AN ACT

To revise, codify, and enact into law title 28 of the United States Code entitled "Judicial Code and Judiciary".

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That title 28 of the United States Code, entitled "Judicial Code and Judiciary" is hereby revised, codified, and enacted into law, and may be cited as "Title 28, United States Code, section —", as follows:

## TITLE 28, JUDICIARY AND JUDICIAL PROCEDURE

Part | Sec.
--- | ---
I. Organization of courts | 1
II. United States attorneys and marshals | 501
III. Court officers and employees | 601
IV. Jurisdiction and venue | 1251
V. Procedure | 1651
VI. Particular proceedings | 2201

## PART I.—ORGANIZATION OF COURTS

Chapter | Sec.
--- | ---
1. Supreme Court | 1
3. Courts of appeals | 41
5. District courts | 81
7. Court of Claims | 171
9. Court of Customs and Patent Appeals | 211
11. Customs Court | 251
13. Tax Court | 271
15. Assignment of judges to other courts | 291
17. Conferences and councils of judges | 331
19. Resignation and retirement of judges | 371
21. Distribution of reports and digests | 411
23. General provisions applicable to courts and judges | 451

Page 8 of 10

189

### SCHEDULE OF LAWS REPEALED—Continued

| Date | Statutes at Large | | | | U. S. Code | |
|---|---|---|---|---|---|---|
| | Chapter | Title | Section | Volume | Page | Title | Section |

| Date | Chapter | Title | Section | Volume | Page | Title | Section |
|---|---|---|---|---|---|---|---|
| 1945—May 3 | 106 | I | 1 (part) | 59 | 41 127 | 25 | |
| Do | 106 | II | 213 | 59 | 134 | 28 | 1102, note |
| May 21 | 129 | II (part) | | 59 | 30 183 | 28 | 530a |
| Do | 129 | II (part) | | 59 | 30 183, 184 | 28 | 584a |
| Do | 129 | II (part) | | 59 | 184 | 28 | 594a |
| Do | 129 | IV (part) | | 59 | 43 197 | 28 | 596 |
| Do | 129 | IV (part) | | 59 | 41 158 | 28 | 296a |
| Do | 129 | IV (part) | | 59 | 44 198 | 28 | 412a |
| Do | 129 | IV (part) | | 59 | 44 199 | 18 | 374b |
| Do | 129 | IV (part) | | 59 | 46 200 | 28 | 726a |
| | | | | | | | 530 |

| Date | Statutes at Large | | | | U. S. Code | |
|---|---|---|---|---|---|---|
| | Chapter | Section | Volume | Page | Title | Section |

| Date | Chapter | Section | Volume | Page | Title | Section |
|---|---|---|---|---|---|---|
| 1945—Oct. 29 | 435 | | 59 | 550 | 28 | 150 |
| Oct. 31 | 443 | 202 | 59 | 554 | 28 | 192 |
| Nov. 6 | 447 | | 59 | 555 | 28 | 183 |
| Nov. 15 | 482 | | 59 | 582 | 28 | 174 |
| Dec. 28 | 592 | | 59 | 659, 660 | 28 | 627 |
| Do | 598 | 1, 2, 3 | 59 | 661, 662 | 28 | 193 |
| Do | 599 | | 59 | 663 | 28 | 147 |
| 1946—Apr. 16 | 139 | | 60 | 90, 91 | 28 | 375d, 375g, note, 375h |
| Apr. 23 | 202 | 1, 2, 3, 4 | 60 | | 48 | 634b, 634c |
| June 15 | 413 | | 60 | 119, 120 | 18 | 80e, 80f, 80g, 80b |
| June 24 | 463 | 1–5 | 60 | 260 | 28 | 1, note |
| | | | | 30 | 16 | 372, 376–379, 382 |

| Date | Statutes at Large | | | | U. S. Code | |
|---|---|---|---|---|---|---|
| | Chapter | Title | Section | Volume | Page | Title | Section |

| Date | Chapter | Title | Section | Volume | Page | Title | Section |
|---|---|---|---|---|---|---|---|
| 1946—July 5 | 541 | IV (part) | | 60 | 43 477 | 28 | 296a |
| Do | 541 | IV (part) | | 60 | 44 478 | 28 | 412a |
| Do | 541 | IV (part) | | 60 | 44 479 | 18 | 726a |
| Do | 541 | IV (part) | | 60 | 46 480 | 28 | 530 |

| Date | Statutes at Large | | | U. S. Code | |
|---|---|---|---|---|---|
| | Chapter | Section | Volume | Page | Title | Section |

| Date | Chapter | Section | Volume | Page | Title | Section |
|---|---|---|---|---|---|
| 1946—July 10 | 548 | | 60 | 525 | 28 | 528e |
| Do | 549 | | 60 | 526 | 28 | 599 |
| July 31 | 704 | 1 | 60 | 716 | 26 | 1102 (c) |
| | | | | | 28 | 5, 213, 241, 296, 301, 324 |
| Aug. 1 | 721 | 1–5 | 60 | 752 | D. C. Code | 11–202, 11–203 |
| Aug. 2 | 753 | 401–423 | 60 | 842 | 28 | 597, 597 note, 597a, 597b, 597c 921, 921 note, 945 |

41 The proviso in the first full paragraph appearing on this page, under the heading "The Tax Court of the United States".
39 The proviso, only, in the third full paragraph appearing on this page.
40 The proviso beginning near the bottom of page 183 and ending on page 184.
41 The first proviso in the first full paragraph appearing on this page.
42 The first proviso in the fifth full paragraph appearing on this page.
43 Only the following words in the seventh paragraph appearing on this page "$5 per day, not exceeding 3 days for any one term of court,".
44 The two provisos in the first paragraph appearing on this page.
45 Second proviso in the third full paragraph appearing on this page.
46 All of the third full paragraph appearing on this page.
47 First proviso appearing on this page, such proviso being the first proviso in the first full paragraph appearing on this page.
48 Only the following words in the fifth paragraph appearing on this page "$5 per day, not exceeding three days for any one term of court,".
45 The second proviso in the second full paragraph appearing on this page.
46 The second full paragraph appearing on this page.

Passed the House of Representatives July 7, 1947.

Attest:

*John Andrews*

*Clerk.*

---

**Note:** This is the **signature page** of the engrossed bill (H.R. 3214), Title 28 of the United States Code, entitled "Judicial Code and Judiciary" as evidenced by the signature of the clerk of the House of Representatives, John Andrews. The Senate did not take up the bill prior to the July 27, 1947 (conditional) intersession adjournment, in accordance with S.Con.Res. 33. That adjournment was, in effect, a sine die adjournment. Kennedy v. Sampson, 511 F.2d 430, 444, Appendix, N.4. The sine die adjournment was further confirmed because President Truman pocket vetoed 19 bills presented to him after the adjournment of July 27, 1947, which can only be done when the adjournment of Congress sine die prevents the return of the bills to Congress. (The Pocket Veto Case, 279 US 655, 680–685 (1929)). [Emphasis We, the People]

**Note:** This is the signature page of the engrossed bill (H.R. 3214), Title 28 of the United States Code, entitled "Judicial Code and Judiciary" as passed by the Senate June 15, 1948, **Second Session of the 80th Congress,** and as attested by the signature of the Secretary of the Senate. The House then concurred in the Senate amendments on **June 16, 1948,** but did not vote on the amended bill. The bill was then presented to the President and signed into law on **June 25, 1948,** as **Public Law 80-773.** In accordance with H.Con.Res. 218, the **Second Session of the 80th Congress** (conditionally) adjourned on **June 20, 1948,** sine die, with H.R. 3214 still to be signed into law after the adjournment by H.Con.Res. 219. Kennedy v. Sampson, 511 F.2d at 444, Appendix, n.5; 94 Cong. Rec. 9349 (June 19, 1948). At the time H.R. 3214 was signed into law the **80th Congress** was not in open session, but it was fully (but conditionally) adjourned sine die. The face of the engrossed bill as signed by the **80th Congress** show that the engrossed bill was passed and signed in the **80th Congress, 1947** session by the House of Representatives on **July 7, 1947.** However, the enrolled bill (which shows a date of enrollment in **1947** in the **First Session of the 80th Congress)** makes it appear that it passed both houses in **1948** in the **Second Session of Congress,** thus rendering it a fraud and forgery. This is irrefutable and incontrovertible evidence that **Public Law 80-773** was not enacted by both houses in Congress assembled and has no valid enactment clause in direct violation of 1 U.S.C. § 106, thereby, rendering H.R. 3214 unconstitutional on its face and null and void ab initio (from its inception) [Emphasis We, the People]

80TH CONGRESS
1ST SESSION

H.R. 3214

AN ACT

To revise, codify, and enact into law title 28 of the United States Code entitled "Judicial Code and Judiciary".

JUN 16 1948

House agrees to Senate amendments.

In the Senate of the United States,

JUN 15 LEG. DAY JUN 1 '48

Resolved, That this bill pass with amendments.

Attest:

Secretary

## CERTIFICATE OF SERVICE

I, Vicente Miranda Ocadio, sui juris, hereby certify that I have made service of the foregoing: PETITION IN THE NATURE OF MOTION TO VACATE VOID JUDGMENT & SENTENCE AS CONTEMPLATED AT FRCP 60(b)(4), FRCrP 12(b) AND FRCP 15(c)(3). JUDICIAL NOTICE DEMANDED PER FRCP R. EVID. 201 (d)(MANDATORY), R. 901 AND R. 44. AFFIDAVIT IN SUPPORT.; upon the party(s):

Clerk of the Court
U.S. District Court
Central District of California
312 North Spring Street
Los Angeles, California [90012]


Debra Wong Yang [U.S. Attorney]
Leo W. Weidman [AUSA]
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, California [90012]


by depositing in the united states mail at: 741-925 Herlong Access Road A-25, Herlong, California [96113], enclosed in an envelope with postage thereon fully prepaid; on this _15th_ day of _June_, 2007, a true, correct, and complete copy thereof; I am over the age of twenty-one (21) years and not a party to the above referenced action.

_____, Sui Juris, Without Prejudice
Vincente Miranda Ocadio
741-925 Herlong Access Road A-25
Herlong, California
[96113]