Date: August 29th, 2007

Certified Mail No.: 7007 0710 0001 0558 4315



Name: Marcus Christopher Timmons [17845-112]
c/o Federal Correctional Institution
 P.O. Box 800
 741-925 Herlong Access Road
 Herlong, California [96113]

-CONSTRUCTIVE LEGAL NOTICE-

CR 00-226 CAS-3

To: Christina A. Snyder
 312 North Spring Street
 Los Angeles, California [90012]

TO WHOM IT MAY CONCERN:
The purpose of this LETTER and the attached AFFIDAVITS incorporated herein is to give you, your office and your Principles constructive LEGAL NOTICE of my election to:

1) REVOKE all powers of attorney granted unknowingly to various agencies of the government;
2) EXPATRIATE from the jurisdiction of the federal United States, reclaim my sovereign (state) citizenship, RESERVE ALL MY UN-ALIENABLE RIGHTS by virtue of the Declaration of Independence (1776), the Constitution for the united states, the Bill of Rights (1791), and 200 years of positive American law;
3) REPUDIATE any presumed obligation to pay a fraudulent and unlawful federal debt on an undeclared federal and state bankruptcy;
4) REVOKE ANY and ALL CONTRACTS entered into with agencies of the government unknowingly and unintentionally waiving rights for privileges, REVOKE my signature or authorization on ANY and ALL contracts, documents or things in the possession, custody and/or control, of either AGENT or PRINCIPLE.

This is LEGAL NOTICE to all elected, appointed or employed officials, including police officers, agents or representatives of the city, county, state and/or federal government, including corporations and attorneys. That you can no longer act on my behalf or take ANY action without my consent, without TRESPASS upon my person or property. That any action involving a citation or ticket, false imprisonment, extortion, confiscation, impoundment, unlawful detainment, illegal search and seizure and/or seizure of my private property by a police officer, Federal official, or ANY public servant or employee will be considered a willful act to deprive me of my constitutionally pro-

tected rights as an American National (state) citizen. ANY action by a police officer, officer of the court, public servant or state/federal government official to assert unlawful authority under the "color of law" will be construed as a direct and willful violation of my constitutionally protected rights and prosecuted to the full extent of American law. (Title 42 § 1983 or Tort)

I understand that such a NOTICE requires the GROUNDS which are set forth hereunder, attached hereto, and incorporated herein as follows: That no responsible or honest disclosure occurred with ANYONE in any branch of government regarding the implications of unconscionable, adhesion contracts entered into BEFORE or AFTER coming of legal age.

At the time of application for a Birth Certificate and Social Security Number, I was incompetent by way of age to enter into any contract with an implied consent or power of attorney to any individual, person or legal fiction. I was NOT informed by any person at that time, or any time thereafter, that I was NOT REQUIRED to apply for and/or accept such a Number in order to obtain work in any occupation or profession of common right in the community. I was NOT informed that application for and acceptance of such a Number or any other such License, Insurance, Benefit, Privilege, Franchise, etc. would subject me to the jurisdiction of Admiralty/Maritime/Merchant/International Law, and/or the Uniform Commercial Code, and/or the jurisdiction and authority of the Internal Revenue Code of 1954, the Buck Act of 1940, the Public Employees Salary Act of 1939 and all its predecessors including the 14th Amendment. Nor was I informed that application for an acceptance was an implied waiver of my sovereign (state) citizenship and unalienable rights protected by the Declaration of Independence and the Bill of Rights. <u>Had I been duly informed, I would NOT have made such application, NOR would I have accepted such a Number, License, Insurance, Benefit, Privilege or Franchise.</u>

Therefore by this NOTICE and the attached AFFIDAVITS incorporated herein as prima facie evidence, I hereby, REVOKE, CANCEL and RENDER any and all documents and things which you or your Department/Administration may have in your possession, custody, and/or control which indicate, represent and/or imply any contract, quasi-contract, agreement, implied consent and/or power of attorney entered into unknowingly, unwillingly and unintentionally, NULL and VOID, Nunc Pro Tunc. NOTICE to Principles is NOTICE to Agents. NOTICE to Agents is NOTICE to Principles.

Furthermore, I am REQUIRING you and your Department/Administration, Agencies, Commissions and/or Division, and/or Agents, Officers, and/or employees thereof, under the authority of the Ethics in Government Act (P.L. 96-103), the Freedom of Information Act and the Privacy Act (1974), that within thirty (30) days of your

receipt of this NOTICE, all documents and things in your possession, custody and control be purged from my files, my files destroyed, any reference to any file in my previous Account Number NULL and VOID for any purpose whatsoever, and written response made directly to me reporting the TERMINATION of any contractual relations between us.

Pursuant to Title 28 U.S.C. § 1746(1) and executed "without the United States," I affirm under penalty of perjury under the laws of the united states of America that the foregoing is true and correct, to the best of my belief and informed knowledge. And further deponent saith not. I now affix my signature and official seal to all of the above affirmations with EXPLICIT RESERVATION OF ALL OF MY UNALIENABLE RIGHTS, WITHOUT PREJUDICE to any of those rights pursuant to U.C.C. 1-207 and U.C.C. 1-103.6.

Thank you for your attention and for your prompt and full compliance with the terms of this NOTICE. Your courtesy is appreciated.

Respectfully,

*[signature]*

Marcus Christopher Timmons
Citizen/Principal, by Special Appearance, in Propria Persona,
proceeding Sui Juris



200703150750          10   PGS
03/15/2007 1:44pm $41.00
PIERCE COUNTY, WASHINGTON

When Recorded return to:
Marcus Christopher, Timmons
5700 Luce Avenue
McClellan, California [95652]

**Marcus Christopher, Timmons, Grantor**
**to the**
**People/Constituents of the several states of the Union, Grantee**

# Notice of

# Declaration of Status
## Of
**Marcus Christopher, Timmons**

State of WASHINGTON

County of PIERCE

Recording Requested By:

Marcus Christopher Timmons
2913 Denise Court
West Sacramento, California·Republic, usA
Non-Domestic

Space above this line for Recorder's use only. This Document is 9 pages.

## Affidavit Of Declaration of Status

Lassen _____ County )
                         ) ss. Affidavit of Marcus Christopher Timmons
California State         )

The undersigned being duly sworn according to law deposes and says:

### NOTICE! THIS DECLARATION IS BROUGHT UNDER THE JURISDICTION OF:

Yahweh
Declaration of Independence, 1776
Ordinance for the Territory North and West of
the River Ohio 1 Stat. 51, 52, July 13, 1787
Republic State of California, 1849
Constitution for the united states of America, 1787
Articles of Amendments, "Bill of Rights," 1791
1 Stat. Section 1 and 2 Civil: Flag of Peace of America

Pursuant to the principles in 1 Stat. 122, May 26, 1790, Chapter XI; March 27, 1804, 2 Stat. 298, Chapter LVI, in Section 2;

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

One living, sentient, free-will, natural man, known as Marcus Christopher Timmons, a sovereign man of flesh and blood, domiciled in the California Republic, 1849, at: 2913 Denise Court, West Sacramento, California Republic, usA, Non-Domestic , preserving and demanding all of my rights, hereinafter, "Demandant," waiving none of my rights, asserting my rights under common law, conforming with my deeply held spiritual beliefs, hereby declares and attest that this document serves as **Public Notice** to the courts of relevant jurisdiction, all officers

Page 1 of 9 Affidavit of Declaration of Status

of that court, all other public servants, Federal and State, including, but not limited to the Department of Justice, Federal Bureau of Investigations, Internal Revenue Service, Highway patrol, Sheriff's Department, Police Department and all other people and persons that are working for, or on behalf of any public trust corporations, including, County, that the Demandant at all times stands in the Kingdom of God, and that he demands to have his rights protected at all times, by both the courts, officers of the courts, police, sheriff's marshals , judges, prosecutors, U.S. Attorneys and employees who follow it's policies.

This is an official **Declaration/Notice** that the Demandant reserves all of his rights without prejudice. Demandant does not in any way consent to have his rights infringed upon. Demandant does not give permission to construe anything Demandant says as permission to prejudice any of Demandant's rights, or liberties. Any lack of knowledge of the law on Demandant's part at this time relating to Demandant's rights, shall not be construed as permission to take any of Demandant's liberties, with any of his rights.

Any infringement upon Demandant's rights shall serve as prima facie evidence of intent to violate the law. If any action is taken against Demandant that causes the Demandant a disability and it is later determined that said actions, lack thereof, or any part thereof is based on policy and not law, this document shall serve as prima facie evidence of intent to willfully violate the united states Constitution, 1787, "The Supreme Law of the land." Each violation of Demandant's rights shall create a separate claim for damages, which shall be deemed immediately due and payable to the Demandant, as an injured party.

Demandant affirms that he has the UNALIENABLE RIGHT to choose his lawful citizenship, and that NO federal, state, local or municipal government can take that right away by ANY statutory law or administrative rule without Demandant's knowing, willing and voluntary consent, NOT by threat, duress or coercion (tdc) of any kind, and NOT by constructive fraud. **Therefore Demandant, asseverates and declares his lawful, sovereign Citizenship.**

Demandant is NOT a legal "person" born or naturalized in the federal "United States," NOT subject to the exclusive jurisdiction of the legislative democracy of the federal "United States" (e.g., district of Columbia, Puerto Rico, U.S. Virgin Islands, Guam, American Samoa) or any other territory, area or enclave "within the United States." The terms "United States" and "U.S." are NOT to be construed or assumed under any circumstances to imply or include the sovereign "50 states" or the "united states of America." Demandant is NOT a "U.S. citizen" described in 26 CFR 1.1-1(c), and NOT a born and naturalized 14th Amendment citizen of the District of Columbia (DC). Therefore, Demandant is an "alien" with respect to the federal "United States."

Demandant is presumed to be a "non-resident alien" in Title 16, U.S.C. §1. 871-4, the Internal Revenue Code (IRC), however not the same "non-resident alien" defined within the IRC pursuant to 42 U.S.C. § 411(b). Demandant's income is NOT derived from sources "within the federal United States," nor

Page 2 of 9 Affidavit of Declaration of Status

is the Demandant effectively connected with the performance of the functions of a public office "within the United States." Demandant's income is part of my "foreign estate" pursuant to Title 26 U.S.C. § 7701(a)(31).

Demandant does not live "within" the geographical areas of exclusive federal jurisdiction as defined in the Federal Land Area Chart. Demandant does not live "within" ANY of the ten, regional federal areas, territories or enclaves identified by the numerical, postal zip code. Demandant is a "non-resident alien" outside both general and tangential venue and jurisdiction of Title 26 U.S.C. Demandant is also NOT a "resident" of the incorporated "State of CALIFORNIA" as it is also under the jurisdiction of the federal "United States."

Demandant does hereby certify and declare that he is an American citizen of the united states of America, 1787, and a citizen of the union state in which he is domiciled. Demandant is a "natural born Citizen" (see U.S. Constitution, Article 2, Section 1, Clause 5). Demandant is NOT subject to the statutory, colorable law jurisdiction of the federal United States in the corporate monopoly of the federal, State, local and municipal governments. Demandant has NOT voluntarily or intentionally waived, with ANY "knowingly intelligent acts" ANY of his unalienable rights, and have utterly NO intention of doing so in the future.

Demandant is a citizen of the several states, NOT a federal, corporate United States citizen of the District of Columbia. Demandant is domiciled in the sovereign state of California Republic, 1849, a preamble American national state Citizen of the united states of America.

"the dual character of our citizenship is plainly apparent...a citizen of the United States is ipso facto and at the same time a citizen of the state in which he is domiciled..." Colgate v. Harvey, 296 U.S. 404, 427; 80 L.Ed., 299 (1935).

"The [federal] United States government is a foreign corporation with respect to a state." in re Merriam, 36 NE 505, 141 N.Y. 479, 16 S.Ct. 1073, 163 U.S. 625, 41 L.Ed. 287.

Demandant, Marcus Christopher Timmons   , hereby declares that he has in fact Expatriated from the Corporate UNITED STATES OF AMERICA, pursuant to 15 Stat. chapter 249, pages 223-224, July 27, 1868, and Repatriated to the California Republic, 1849, holding dual citizenship with the Nation of Israel, in accordance with the scripture as a decendent of Adam, Abraham, Issac, and Jacob, domiciled in the California Republic as a neutral.

Demandant is also declaring "sui juris" status in connection with both his property and name. If ANY agency of the government disputes the above declaration of "sui juris" in connection with the "name" sworn and sealed in this affidavit, Demandant demands a certified copy with his signed authorization of all documents or contracts being "held-in-due-course," pursuant to U.C.C. 3-305.52 and U.C.C. 3-505, that create ANY legal disability to the claimed "sui juris" status and "alieni juris" relating to Demandant's "name."

Page 3 of 9 Affidavit of Declaration of Status

(One's "name" is one's property, and for one's "name' to enjoy" "sui juris" status that "name" must be free of legal disability resulting from a contract or commercial agreement, which is being "held-in-due-course" by a fellow citizen or by any agency of the federal, state, county or municipal government.)

Demandant has exercised, and does now exercise the REMEDY of law under U.C.C. 1-207, whereby he may preserve his Common law right NOT to be bound by any commercial agreement or bankruptcy action of the federal United States government, that Demandant does not enter into knowingly, willingly and voluntarily. This explicit RESERVATION OF RIGHTS serves as a NOTICE upon all administrative agencies of government, federal, state and local, that I will not accept the liability associated with the compelled benefit of any unrevealed commercial agreement. If Demandant has received any benefit, privileges, or titles of nobility (e.g. resident, citizen, taxpayer) from any branch of the government in the past, they were "received" under PROTEST, or under threat, duress and coercion (TDC), pursuant to U.C.C. 1-103, U.C.C. 2-302.2, and U.C.C. 3-608.

In effect all past and present contracts, agreements, covenants, corporate franchises, (XIVth Amendment) franchises, hypothecations, promises, pledges, choses in action, cessio bonorum, bailment, transfers, use, cestui que use, cestui que trust, trusts and confidences (or presumptions emanating therefrom) and or similar transactions by and between the undersigned with the municipal corporations of the STATE OF CALIFORNIA and the UNITED STATES OF AMERICA, (as amended and adopted February 21, 1871, Forty-first Congress Session 3, Ch. 62, 16 Stat., pg. 419, Sec. 34; reorganized June 11, 1878, Ch. 190, 20 Stat. pg. 102) are hereby revoked, dissolved, canceled, terminated and VOID FOR FAILURE OF FAIR CONSIDERATION ab initio, the UNITED STATES OF AMERICA having declared bankruptcy June 5, 1933, House Joint Resolution 192, Public Law 73-10. See: "Rule against perpetuities;" "Use," "Nul Charter;" and The Uniform Fraudulent Conveyances Act (Principal Provisions), Section 4 MT 57 (16)0-2, Internal Revenue Manual - Administration, 392 2-87, Exhibit 800-1, page 8051, to wit: "Every conveyance or transfer made or executed without fair or valuable consideration is void ab initio."

Any and all hidden contracts and/or commercial agreements between the UNITED STATES OF AMERICA, a.k.a., the District of Columbia, and MARCUS CHRISTOPHER TIMMONS    ; TIMMONS, MARCUS C.    , Social Security Number: 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    (LLC) and Marcus Christopher Timmons , the sovereign man of flesh and blood, have been RESCINDED ab initio for FAILURE OF FAIR CONSIDERATION, and all benefits, privileges and opportunities associated with such unrevealed contracts and/or commercial agreements have been waived, rejected and forfeited, and no ADMIRALTY and/or MARITIME benefits, including, but not limited to Limited Debt Liability Benefits, have been voluntarily accepted by the Demandant, who is non-assumpsit to any suretyship or guarantor status of the UNITED STATES OF AMERICA, it's municipal or political corporate subdivisions, in particular, MARCUS CHRISTOPHER TIMMONS   , being under no debt, duty, obligation, or liability to perform

Page 4 of 9 Affidavit of Declaration of Status

thereunder, said XIVth Amendment eleemosynary corporate church State public Trust, operating under any causa debendi statute, code, rule, regulation, or order, emanating therefrom as a colorable franchise, or enfranchisement benefit, thus "Piercing the Corporate Veil."

    Authority: <u>Collier v. Lindley, et al.</u>, S.F. 12714 (S.Ct. Ca 1928), 266 P. 526; <u>A.G. of the State of New York v. Harry Lebensfeld, et al.</u>, 434 N.Y.S. 2d 929, 51 N.Y. 2d 442; <u>Tidden v. Green</u>, 130, N.Y. 29, 45, 28 N.E. 880; <u>Trustees of the Dartmouth College v. Woodward</u>, 4 Wheat 518, 4 L.ED. 629.

By this **Declaration/Notice**, all whom have eyes to see, ears to hear, citations and other presentments, from government bodies politic, on the alleged authority of STATE and/or Federal code require execution as "a cloak to disguise a collateral undertaking" in U.S. Funds. As a result, these so-called codes, both State and/or Federal are not "duly enacted" under the original Sessions of the State Constitution or united states Congress assembled. Without enacting clauses or any authority whatsoever, these codes/status, are therefore <u>VOID</u> on their face, without any subject matter jurisdiction.

Therefore, for protection of Demandant's substantive, unalienable rights, Demandant "SPECIALLY OBJECTS TO" THE <u>USE</u> OF U.S. FUNDS, because Demandant has no other available medium of exchange and is not allowed to print his own money.

Said United States is bankrupt on the authority of <u>Perry v. United States</u>, 249 U.S. 330-381, (1935); 79 L.Ed. 912.

Said United States is an obligor/grantor to the Federal Reserve Bank created by the authority of the **Federal Reserve Bank Act of December 23, 1913, 38 Stat. 265, Ch. 6.**

Congress agreed, contracted, in international, commercial law, in the said Federal Reserve Bank Act, to give the Federal Bank System a paramount and "permanent" (ex-warranto 1913 to 1933) lien on the United States assets, the USER Of said bank notes, by the authority of **38 Stat. 265, Ch. 6, pages 266-267**. The USER agrees, as a "parol promise" to accept the status as an obligor/grantor, to hypothecate all the USER's assets, to the United States, thereby to the Federal reserve Bank System. The IRS merely has a collection agreement as a "USER" fee for the USE of Federal Reserve Bank Notes.

Demandant "SPECIALLY OBJECTS TO" the use of Federal Reserve Bank notes on the authority of <u>McLeod v. Hoover</u>, (June 22, 1925) No. 26395, S.Ct. Louisiana; 105 S.Rep. 305, that court citing <u>U.S. Bank v. Bank of Georgia</u>, 10 Wheat. 338, 6 L.Ed. 34.

By necessity, for protection of all Demandant's substantive unalienable Rights, Demandant hereby refuses for FRAUD, any attempt to induce the Demandant to be a tort feasor to the Constitution for the united states of

Page 5 of 9 Affidavit of Declaration of Status

America, 1787, where at **Article I, Section 10,** it states "No State shall...emit bills of credit; make anything but Gold and Silver Coin a tender in payment of debts."

The Congress of the united states of America, by authority of the **Gold Bullion Coin Act of 1985, Public Law 99-185, December 17, 1985 99 Stat. 1177,** has given its intent that all Americans can no longer be forced into an obligor/grantor status in relation to said Federal Reserve bank notes.

Under the **Compelled Benefits Doctrine,** a man cannot be held liable for benefits that he is compelled to accept, especially if it is a compelled economic benefit. See <u>Maynard Mehl v. John H. Norton</u>, No. 31, 338, Supreme Court of Minnesota, 201 Minn. 203; 275 N.W. 843; 1937 Guardian, etc., Supreme Court of Texas, 38 Tex. 245; 1873 Tex. LEXIS 241, 1873; <u>Jo Elaine Bailey Woodland, Appellant v. Shirely Wisdom, Appellee</u>, No. 06-97-0083-CV, Court of Appeals of Texas, Sixth District, Texarkana, 975 S.W.2d 712; 1998 Tex. App. LEXIS 5038, <u>Charles L. Black Aycock et al., Appellant v. F.H. Eastland</u>, 853 S.W.2d 161; 1993 Tex.App. LEXIS 989; <u>F.M. Smith, Appellant, v. Texas Commerce Bank-Corpus Christi, N.W. et al., Appellees.</u>, Court of Appeals of Texas, Thirteenth District, Corpus Christi, 822 S.W.2d 812; 1992 Tex App. LEXIS 209; <u>Frances Jackson Rogers, Appellant v. David Orman Rogers, Jr., Appellee</u>, Court of Appeals of Texas, Thirteenth District, Corpus Christi, 806 S.W.2d 886; 1991 Tex.App. LEXIS 646.

All public officials, officers of government bodies politic, in all branches/departments, Executive, Legislative, or Judicial being of Oath of Office, bonded to fidelity, are under ministerial duty, <u>Rock Island County v. US ex rel. State Bank</u>, 4 Wall 435; <u>U.S. v. Thomas</u>, 15 Wall 337; <u>U.S. v. Lee</u>, 106 US 196, 1 S.Ct. 240, fiduciary/trustees, <u>U.S. v. Carter</u>, 217 US 286, 30 S.Ct. 515. "The implication of trust is the implication of every duty proper to a trust.***Whoever is a fiduciary or in conscience chargeable as a fiduciary is expected to live up to them." <u>Buffman v. Peter Barceloux Co.</u>, 289 US F.2d 685 (1930), wherein it further states "Being fiduciaries, the ordinary rules of evidence are reversed, "must obey the law, <u>Butz v. Economou</u>, (US) 98 S.Ct. 2894, <u>Davis v. Passman</u>, (1979, US) 99 S.Ct. 2264.

"The Law will protect an individual who, in the prosecution of a right does everything which the law requires him to do but fails to obtain his right by the misconduct or neglect of a public officer." <u>Lytle v. Arkansas</u>, (Hower 314, 13 L.Ed. 153; <u>Duluth & Iron Range Co. v. Roy</u>, 173 US 587, 19 S.Ct. 549, 43 L.Ed. 820, and "It is a maxim of law, admitting few if any exceptions, that every duty laid upon a public officer for the benefit of a private person is enforceable by judicial process." <u>Butterworth v. US ex rel. Hoe</u>, 112 US 50, 5 S.Ct. 25, 28 L.Ed.

Demandant knows it is a crime to conceal a fraud. Demandant refuses to be a party to a crime of fraud, therefore, Demandant DEMANDS that any informal business enterprise provide proof of authority to force Demandant to perform under the STATE OF CALIFORNIA penal codes and/or UNITED STATES codes, which

Page 6 of 9 Affidavit of Declaration of Status

both lack enacting clauses and Congressional/Legislative authority, and to use said bank notes, thereby compelling Demandant to become a tort feasor to the aforesaid **Article I, Section 10, Clause 1.**

By this **Declaration**, I, Marcus Christopher Timmons, abjure, denounce, rebut, refuse, make **Special Objection to**, assumption, and/or presumption, of quid pro quo, on Federal Reserve Bank Act of December 23, 1913, the confidence game, scheme, forced USE AND OR CESTUI QUE USE, whereby worthless paper is placed into circulation by the Federal Reserve Banks, in lieu of Constitutionally required gold, silver, without full, timely disclosure, to each and all the American people, by deceit, misinformation, withholding material facts, when there is a fiduciary/trustee ministerial duty on the part of the Government actors to fully disclose, by Government, Federal Reserve Banks, of the liability that attaches, by the USE of the private script, instruments of debt, obligations of the Corporate UNITED STATES, Federal Reserve Notes, obligations of the Corporate UNITED STATES, Federal Reserve Notes.

By this Public Notice and Declaration, I, Marcus Christopher Timmons, abjure, denounce, rebut, refuse, any allegation that I, in any way assent to, have in the past assented to, 'promise,' or have in the past 'promised,' to guarantee the "hypothecated debt," and/or the private debt of the Corporate United States **28 U.S.C. § 3002(15)**, and/or the Federal Reserve Banks, agents, contractors, assigns, successors, heirs, and any other obligor/grantor, in any capacity, whatsoever, at any time, for any reason.

By this Declaration, I, Marcus Christopher Timmons, aver, make Public Notice that My labor is valued in terms of gold coin, silver coin, **never** in terms of debt instruments, that I wish to pay, extinguish, any and all My Debt, at no time, discharge and/or passing same to others, for that is abhorent to the Demandant, as against Demandant's deeply held spiritual beliefs and training.

United States vs. Johnson, 76 Federal Register, Supplement 538; Rights are neither accorded to the passive resistant, nor the person who is ignorant of his Rights, not to the one indifferent thereto. It is a fighting clause. Its benefits can only be retained by sustained combat. It cannot be claimed by an attorney or solicitor. It is valid only when insisted upon by a belligerent claimant in person. "Without Prejudice," "All Rights Reserved." When Demandant uses "Without Prejudice," in connection with his signature, Demandant is saying, "I reserve my right not to be compelled to enter knowingly, voluntarily and intentionally. And furthermore, Demandant does not accept the liability of the compelled benefit of any unrevealed contract of commercial agreement." "The sufficiency of the reservation: any expression indicating an intention to reserve rights, is sufficient, such as "Without Prejudice" or "All Rights Reserved." "The making of a valid Reservation of Rights preserves whatever rights the person then possess, and prevents the loss of such rights by application of concepts of waiver or estoppel."

This **Declaration/Notice** must be obeyed by anyone, who has a public servant job, and in particular, any and all public servants who have taken an oath

Page 7 of 9 Affidavit of Declaration of Status

to uphold the de jure constitution for the Republic state of California and the united states of America, 1787, but shall not be avoided for lack of an oath. Further, authorities: Whereas, the exercise of a natural right needs not authority in America, other than the constitution, 1787, as the Demandant stands as a "diplomatic agent," "Ambassador," and "Public Minister of Justice," in accordance with Republic state of California, 1849, and the united states of America, 1787.

Demandant is NOT willing to participate in the federal United States bankrutpcy that is being administered against him WITHOUT his prior knowledge and consent, NOT willing to APPEAR in an equity, maritime or admiralty jurisdiction WITHOUT his ACCUSER and/or CREDITOR present, WITHOUT the signed and authorized American or international contract presented as evidence of Demandant's voluntary consent.

**ANY other evidence or presumption to the contrary is hereby REBUTTED.** ANY past signatures of authorization on Internal Revenue Service (1040's and W-4's), Social Security Administration forms (SS-5), driver's licenses, vehicle registrations, birth or trust certificates, voter registrations and other franchises with any agency of the government etc., were in ERROR and involuntarily made under threat, duress and coercion (TDC). **Demandant hereby REVOKES, Cancels and renders NULL & VOID, Nunc Pro Tunc, both currently and retroactively to the time of signing, any and all such contracts.** <u>ANY subsequent use of these aforementioned documents will be FOR INFORMATION ONLY and as a courtesy to government agencies with whom Demandant is purging, deleting or clarifying the public record.</u>

Demandant reminds the courts, agent(s), Foreign and Domestic, and all Public Servants that pursuant to the law, actors, engaged in any form of slavery in a non-judicial, administrative, Article I, capacity, lose all immunities from criminal prosecution and civil judgments and any corporation, municipal or otherwise that condones any act of slavery by any of its agents or employees is subject to civil judgment and injunctions under the law.

Demandant again notices AGENT AND PRINCIPAL, PRINCIPAL AND AGENT, that Demandant reserves all of his God-given and lawfully protected rights that is endowed upon himself and all Mankind, not to be subjected to slavery.

Constitution for the united states, Article 1, Section 2, clause 2: "In all cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be a party, the Supreme Court shall have original jurisdiction."

Any declaration, instruction, opinion, order or decision of any officers of government, State and/or Federal, which denies, restricts, impairs, or questions the right to contract (Article I, Section 10), is hereby declared inconsistent with the fundamental principles of the united states of America, 1787, this government and it's constitution, and such breach of fundamental principles of "this government" could be considered a violation of Oath of Public Office Contract, and in violation of the Neutrality Act of 1939, 54 Stat. 4 et seq.; the Trading with the Enemy Act of 1917, 40 Stat.

Page 8 of 9 Affidavit of Declaration of Status

411 et seq.; the Foreign Agents Registration Act of 1938, 52 Stat. 631 et seq.; and the Nationality Security Act of 1947, c. 343, 61 Stat. 495 et seq.

Pursuant to Title 28 U.S.C. § 1746(1) and executed "without the United States," I affirm under penalty of perjury under the laws of the united states of America that the foregoing is true and correct, to the best of Demandant's belief and informed knowledge. **And Further deponent saith not.** I now affix my signature and official seal to all of the above affirmations with **EXPLICIT RESERVATION OF ALL OF MY UNALIENABLE RIGHTS, WITHOUT PREJUDICE to any of those rights** pursuant to U.C.C. 1-207 and U.C.C. 1-103.6.

Respectfully,

Done on the ___7___ day of __Feb__, 2007.

_____
Marcus Christopher Timmons
Principal, by Special Appearance, in Propria Persona, proceeding Sui Juris

On this ___7___ day of __Feb__, 2007, Marcus Christopher Timmons, personally known to me to be the party who before me sworn, subscribed, sealed and affirmed the foregoing Affidavit of Declaration of Status as a free act and deed.

_____
Notary Public

Commission Expires: __Nov 4, 2009__

Seal

> SHANDRA S. ANDERSON
> Commission # 1618907
> Notary Public - California
> Lassen County
> My Comm. Expires Nov 4, 2009

Page 9 of 9 Affidavit of Declaration of Status

## CERTIFICATE OF SERVICE

I, __John Edward Quintero__, sui juris, hereby certify that I have made service of the foregoing: -CONSTRUCTIVE LEGAL NOTICE- Affidavit Of Declaration of Status; upon the party(s):

George W. Bush
[President of the United States]
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC [20500]
Certified No.
7005 0390 0003 1521 8163

Condoleezza Rice
[Secretary of State]
Department of State
Harry S. Truman Building, 7th Fl.
2201 C Street, N.W.
Washington, DC [20520]
Certified No.
7005 0390 0003 1521 8125

Alberto R. Gonzales
[U.S. Attorney General]
U.S. Department of Justice
Robert F. Kennedy Building,
Room 5111
950 Pennsylvania Avenue, N.W.
Washington, DC [20530-0001]
Certified No.
7005 0390 0003 1521 8132

Henry M. Paulson
[U.S. Treasury Secretary]
1111 Constitution Avenue, N.W.
Washington, D.C. [20224]
Certified No.
7005 0390 0003 1521 8170

Arnold Schwarzenegger
[Governor of the State of California]
State Capitol Building
Sacramento, California [95814]
Certified No.
7005 0390 0003 1521 8101

Debra Bowen
[Secretary of State of California]
1500 11th Street, 2nd Floor
Sacramento, Cailfornia [95814]
Certified No.
7005 0390 0003 1521 8118

Jerry Brown
[Attorney General of California]
1300 "I" Street
Sacramento, California [95814]
Certified No.
7005 0390 0003 1521 8156

Harley G. Lappin [Director]
Federal Bureau of Prisons
Central Office
Home Owners Loan Corporation Building
320 First Street, N.W.
Washington, DC [20534]
Certified No.
7005 0390 0003 1521 8149

by depositing in the united states mail at 741-925 Herlong Access Road A-25, Herlong, California [96113], enclosed in an envelope with postage prepaid; on this __11th__ day of __April__, 2007, a true, correct, and complete copy thereof; I am over the age of twenty-one (21) years and not a party to the above referenced action.

_____, Sui Juris, Without Prejudice
Print Name: John Edward Quintero
Address: 741-925 Herlong Access Road A-25
         Herlong, California [96113]

## CERTIFICATE OF SERVICE

I, John Edward Quintero, sui juris, hereby certify that I have made service of the foregoing: - CONSTRUCTIVE LEGAL NOTICE - Affidavit Of Declaration of Status;Notice of Felony, 18 U.S.C. § 4; Request for Assistance in Procurring release from false imprisonment; Notice of Apostille.; upon the party(s):

Debra Wong Yang
[U.S. Attorney]
Leon W. Weidman
[AUSA[
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, California [90012]
Certified Mail No. 7005 0390 0003 1521 8194

by depositing in the united states mail at 741-925 Herlong Access Road A-25, Herlong, California [96113], enclosed in an envelope with postage prepaid; on this 11th Day of April, 2007, a true, correct, and complete copy thereof; I am over the age of twenty-one (21) years and not a party to the above referenced action.

_____, Sui Juris, Without Prejudice
John Edward Quintero
741-925 Herlong Access Road A-25
Herlong, California [96113]

## CERTIFICATE OF SERVICE BY MAIL

I, John Edward Quintero, sui juris, hereby certify that I have made service of the foregoing: - CONSTRUCTIVE LEGAL NOTICE- Affidavit Of Declaration of Status; upon the party(s):

Christina A. Snyder
312 North Spring Street
Los Angeles, California [90012]
7007 0710 0001 0558 4315

by depositing in the united states mail at: 741-925 Herlong Access Road A-25, Herlong, California [96113], enclosed in an envelope with postage prepaid; on this 29th day of August, 2007, a true, correct, and complete copy thereof; I am over the age of twenty-one (21) years and not a party to above referenced action.

John Edward Quintero      Sui Juris, Without Prejudice
741-925 Herlong Access Road A-25
Herlong, California [96113]