# United States District Court
# Central District of California
# Western Division

| UNITED STATES OF AMERICA, | CR 00-226 CAS |
|---|---|
| Plaintiff, | |
| v. | Order |
| EDWARD B. JOHNSON, *et al.*, | |
| Defendants. | |

The Court deems the Declaration of Express Trust by Defendant Marcus Christopher Timmons to be a motion to disqualify the Honorable Christina A. Snyder and has considered it, together with the moving papers.

It is Ordered that the motion be, and hereby is, Denied.

Date:  February 5, 2008

_____
Terry J. Hatter, Jr.
Senior United States District Judge